## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 7258

ADP, Inc., Plaintiff, v. Wayne Porter, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Wayne Porter

| |
|---|
| NAME (Type or print) <br> Steven D Gustafson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steven D Gustafson |
| Law Offices of Steven Gustafson |
| 1910 Morgan Circle |
| Naperville, IL 60565 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6207057    TELEPHONE NUMBER 630-917-3701 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                APPOINTED COUNSEL |