**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADP, Inc., | ) |
| | ) |
| | ) |
| Plaintiff, | ) **Case No:  08 CV 7258** |
| | ) |
| v. | ) **Judge Norgle** |
| | ) |
| | ) **Magistrate Judge Cole** |
| Wayne Porter, | ) |
| | ) |
| Defendant. | ) |

**THIRD EMERGENCY MOTION FOR IMMEDIATE ENFORCEMENT
OF PRELIMINARY INJUNCTION (TURNOVER OF ELECTRONIC DEVICES)
AND CONTEMPT CITATION**

Plaintiff, ADP, Inc. ("ADP"), by and through its attorneys, Synergy Law Group, L.L.C. and Bingham McCutchen LLP, for its Third Emergency Motion for Immediate Enforcement of Preliminary Injunction and Contempt Citation, states as follows[1]:

1.   An Agreed Stipulation and Order for Preliminary Injunction ("Preliminary Injunction") was entered by this Court on March 19, 2009. (ECF 22).  The Preliminary Injunction was negotiated and agreed upon by the Parties and their counsel.

2.   The Preliminary Injunction required the Defendant, Wayne Porter ("Defendant"), to turn over certain documents and electronic devices to ADP within five (5) calendar days of the entry of the Order for Preliminary Injunction.  Five calendar days from the entry of the Order expired on Tuesday, March 24, 2009.

3.   Specifically, Defendant was ordered to comply with, among other things, the following:

   a.   Within five calendar days from the date this Order is entered, Porter shall provide to ADP any electronic devices to the extent such are in his possession, custody or

---

[1] Notice was provided to Defendant, Wayne Porter, by serving his attorney of record (ECF 15), Steven D. Gustafson, a complete copy of this motion on April 28, 2009, via ECF, email and facsimile transmission.

control for non-destructive imaging by ADP to preserve the contents of these electronic devices. These devices shall be returned to Porter upon completion of the imaging;

    b. Within five calendar days from the date this Order is entered, Porter must return to ADP any ADP property to the extent such is in his possession, custody or control, as well as any originals or copies of information, documents or other materials to the extent that such are in Porter's possession, custody or control that may have been obtained during his employment with ADP, including any copies of client lists and other ADP business-related information in Porter's possession, custody or control, in hard copy or electronically stored form;

…

4. The Preliminary Injunction and its terms were *agreed* upon by the parties and submitted to the court as an *agreed* order.

5. Counsel for Defendant made several edits and submitted several drafts of the Preliminary Injunction prior to the final version *agreed* upon by the parties and submitted to the Court.

6. As discussed in Plaintiff's Complaint and further outlined in the Preliminary Injunction, the electronic devices to be turned over by Defendant likely contain Confidential and Proprietary Information, including Plaintiff's trade secrets.

7. Defendant failed to comply with these terms of the Preliminary Injunction by March 24, 2009, as required by the terms of the Injunction.

8. Plaintiff's counsel contacted Defendant's counsel several times to discuss turnover of these items.

9. On March 26, 2009, Plaintiff filed an Emergency Motion for Immediate Enforcement of Preliminary Injunction and Contempt Citation ("Emergency Motion"). (ECF 25)

10. Plaintiff presented its Emergency Motion to the Court on March 27, 2009. Defendant's counsel acknowledged receipt and notice of the Emergency Motion but failed to appear as did Defendant.

11. The Court granted Plaintiff's Emergency Motion and ordered that Defendant comply with the terms of the Preliminary Injunction and produce the requested items by 5:00 p.m. on March 27, 2009.  (ECF 26-28).

12. The Parties agreed that Defendant would overnight the requested items to Plaintiff's counsel.

13. On March 28, 2009, Defendant complied with part of the Preliminary Injunction and produced approximately five hundred (500) pages to Plaintiff.

14. Defendant *refused* to turnover *any* electronic devices despite the specific language in the Preliminary Injunction and the Court's Order of March 27, 2009.

15. The Preliminary Injunction provided that Defendant "shall provide to ADP *any* electronic devices to the extent such are in his possession, custody or control for non-destructive imaging by ADP to preserve the contents of these electronic devices."  (*Emphasis added.*)

16. On April 1, 2009, Plaintiff filed its Second Emergency Motion for Immediate Enforcement of Preliminary Injunction and Contempt Citation ("Second Emergency Motion"). (ECF 29).

17. Plaintiff presented its Second Emergency Motion to the Court on April 2, 2009. Defendant's counsel and Defendant again failed to appear.

18.  The Court granted Plaintiff's Second Emergency Motion and ordered that Defendant comply with the terms of the Preliminary Injunction and ordered Defendant to turnover "all electronic devices, including but not limited to any computers in his possession, custody or control" by 5:00 p.m. on April 2, 2009.  (ECF 31-33).

19. The Court further ordered that, "if Defendant fails to turnover all electronic devices by 5:00 p.m. April 2, 2009, a fine of $500 per day shall be imposed on Defendant until such time

Defendant complies with the Preliminary Injunction and Orders of this Court and turns over the requested items." (ECF 33).

20. On April 2, 2009, Defendant turned over only one Dell Dimension Desktop computer.

21. Demand was made on Defendant for turnover of other electronic devices in his possession, custody or control, including Defendant's laptop, his cell phone/PDA and any thumb or flash drives.

22. Several requests were made for these electronic devices. Defendant failed to respond to any of Plaintiff's requests.

23. Despite Defendant's non-compliance, the deposition of Defendant proceeded on April 17, 2009. At Defendant's deposition, Defendant testified that one Dell laptop, one Blackberry PDA/Smart Phone and a number of thumb or flash drives remained in his possession, custody or control, which were not produced to ADP's counsel as required by the Court's prior Orders.

24. Defendant stated at his deposition that his employer, The Ultimate Software Group, Inc. (USG) would not allow Defendant to produce the Dell laptop, Blackberry cell phone/PDA and flash drives, citing a provision of the USG Employee Handbook that Defendant produced, for the first time, at the deposition. Defendant has never raised the provisions of the USG Employee Handbook as a reason for his prior non-compliance with this Courts Orders. The reason is clear: There is nothing in the Employee Handbook that would preclude Defendant from complying with this Courts prior Preliminary Injunction as well as the prior turn-over Orders.

25. The section entitled *Business Code of Conduct and Ethics*, specifically the sub-section entitled *VIII. Confidential and Proprietary Information* explicitly allows for the disclosure of confidential information entrusted to USG employees where, as here, it is required by law or

regulation. (A copy of the USG Employee Handbook Defendant produced at his deposition accompanies this Emergency Motion as Exhibit A.)

26. Moreover, everything produced by the parties in this case is subject to the Court's previously entered Agreed Protective Order precluding the dissemination of anything Defendant provides to ADP here. (ECF 16)

27. Finally, not only has Defendant never previously claimed that the Agreed Protective Order was in any way inadequate to protect his interest, he has never sought the protection of a further protective order from this Court. Instead, he and his counsel have played a game consisting of non-compliance and non-appearance, apparently hoping to test the mettle of both ADP and this Court.

28. Demand was again made on Defendant to produce these devices in accordance with the Court's previous orders.

29. Defendant has again ignored Plaintiff's demand and the three orders of this Court requiring turnover of the devices.

30. As of the date of filing this Motion, Defendant has incurred fines pursuant to the Court's Order of April 2, 2009, totaling $13,000.00. Despite this fact Defendant continues to refuse to turn over the Dell laptop, the Blackberry cell phone/PDA or any of the flash drives.

31. The Defendant has been held in Contempt of court *two times* yet continues to refuse to produce the electronic devices in his possession.  (ECF 28, 33).

32. It is apparent by Defendant's willful and contumacious disregard of the Orders of this Court that additional Orders or fines will be insufficient to compel Defendant's compliance.

33. Plaintiff therefore requests an Order containing the following immediate relief:

a.   Defendant be found in contempt for violation of the Preliminary Injunction Order entered by this Court as well as this Court's Orders of March 27, 2009 and April 2, 2009; (ECF 22, 28, 33).

b.   Defendant shall turnover all electronic devices, including but not limited to any computers in his possession, custody or control  by 5:00 p.m. on Wednesday, April 29, 2009 at the offices of Plaintiff's counsel, Synergy Law Group LLC, located at 730  W. Randolph St., Suite 600, Chicago, Illinois;

c.   Plaintiff requests an Order of this Court authorizing and directing the US Marshals Service or other local law enforcement to seize all electronic devices found at the residence of the Defendant, located at 1729 Atwood Circle, Naperville, Illinois, at the Defendant's place of employment, located at 1750 E. Golf Road, Ste. 390, Schaumburg, Illinois, or wherever else such devices may be found, including the Dell laptop, Blackberry cell phone/PDA and flash drives Defendant admitted remain in his possession, custody or control at his deposition;

d.   Sanctions, including Plaintiff's costs and fees in bringing the instant motion, be imposed against Defendant[2];

e.   Plaintiff requests seven (7) court days to submit its costs and fees associated with the Third Emergency Motion for Enforcement of the Preliminary Injunction;

f.   Any further relief this Court deems equitable and just.

---

[2] ADP currently has before this Court an application for fee resulting from this Courts prior contempt finding and award of fees to bring the First and Second Emergency Motions. (See ECF 34).

Respectfully Submitted,

ADP, Inc.

By: /s/ Joseph L. Kish
          One of its Attorneys

Joseph L. Kish (#6197916)
Trisha M. Cole (#6289247)
Shaina A. Moss (#6283585)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261

Robert A. Lewis (Pro Hac Vice)
Walter M. Stella (Pro Hac Vice)
Bingham McCutchen LLP
Three Embarcadero Center
Suite 2800
San Francisco, CA 94111
415.393.2000 (phone)
415.393-2286 (fax)

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that a copy of the foregoing Emergency Motion for Immediate Enforcement of Preliminary Injunction and Contempt Citation was served upon the attorneys listed below electronically through CM/ECF on April 28, 2009.

Joseph L Kish     jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

Robert A. Lewis     robert.lewis@bingham.com

Shaina Anne Moss     smoss@synergylawgroup.com, nmcdonald@synergylawgroup.com

Trisha M. Cole     tcole@synergylawgroup.com, nmcdonald@synergylawgroup.com

Walter Maurizio Stella     walter.stella@bingham.com

Stephen D. Gustafson     sdgusto@gmail.com

and via email and facsimile to the following recipient:

> Steven D Gustafson
> 1910 Morgan Circle
> Naperville, IL 60565
> 630-689-9456 - Fax
> sdgusto@gmail.com

By: /s/ Joseph L. Kish
One of its Attorneys

Joseph L. Kish (#6197916)
Trisha M. Cole (#6289247)
Shaina A. Moss (#6283585)
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261

Robert A. Lewis (Pro Hac Vice)
Walter M. Stella (Pro Hac Vice)
Bingham McCutchen LLP
Three Embarcadero Center
Suite 2800
San Francisco, CA 94111
415.393.2000 (phone)
415.393-2286 (fax)

# EXHIBIT

# A

## EMPLOYEE ACKNOWLEDGMENT FORM

The employee handbook describes important information about Ultimate Software, and I understand that I should consult the Sr. VP People regarding any questions not answered in the handbook. I have entered into my employment relationship with Ultimate Software voluntarily and acknowledge that there is no specified time of employment. Accordingly, either Ultimate Software or I can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur, except to Ultimate Software's policy of employment-at-will. All such changes will be posted in the Company's intranet or communicated by email, and I understand that revised information may supersede, modify, or eliminate existing policies.

I also understand that all new hires have a 90-day introductory period in which progressive discipline might not be performed if conduct or performance is not to Ultimate Software's standard.

I have received the handbook, and by signing below I confirm that I have read and understand the company policies and agree to the terms stated in this handbook.

EMPLOYEE'S SIGNATURE _____     DATE _____

EMPLOYEE'S NAME (TYPED OR PRINTED) _____

PoRTER   DEP. EX. NO. 4

FOR ID., AS OF ____ eb 4.17.09

---

# EMPLOYEE HANDBOOK

### JANUARY 1998 – 2009



## Ultimate Software

*HRMS/Payroll. It's all we do.* **ULTIPRO**®

# THE ULTIMATE SOFTWARE GROUP, INC.
## EMPLOYEE HANDBOOK

### Table of Contents

Topic      Page

**SECTION 1. EMPLOYMENT POLICIES**

| | |
|---|---|
| Welcome to Ultimate Software | 1-1 |
| Employee Relations | 1-2 |
| Equal Employment Opportunity | 1-3 |
| Immigration Law Compliance | 1-4 |
| Employment Classifications | 1-5 |
| Privacy Policy | 1-6 |
| Access to Personnel Files | 1-11 |
| Employment Reference/Background Checks | 1-12 |
| Performance Evaluation | 1-13 |
| Job Postings/Internal Transfers | 1-14 |
| Timekeeping/Payroll | 1-15 |
| Work Conditions & Work Hours | 1-16 |
| Paydays/Employee Self Service | 1-17 |
| Overtime | 1-18 |
| Administrative Pay Corrections | 1-19 |
| Payroll Deductions | 1-20 |
| Attendance and Punctuality | 1-21 |
| Telecommuting Policy | 1-22 |
| Sexual Harassment Policy | 1-24 |
|   - Complaint Procedures | 1-25 |
| Progressive Discipline | 1-26 |
| Employment Termination | 1-27 |
| Benefits Continuation (COBRA) | 1-28 |
| Reinstatement Policy | 1-29 |
| Emergency Closings | 1-30 |

**SECTION 2. STANDARDS OF CONDUCT**

| | |
|---|---|
| Business Code of Conduct & Ethics | 2-1 |
| Personal Appearance and Demeanor/Visitors' Policy | 2-10 |
| Smoking | 2-11 |
| Drug and Alcohol Use | 2-12 |
| Safety and Health | 2-13 |
|   - Personal Injury | 2-13 |
| Use of Phone and Mail Systems | 2-14 |
| Use of Cellular Phones While Driving | 2-15 |

**SECTION 3. COMPANY BENEFITS**

| | |
|---|---|
| Employee Benefit Programs | 3-1 |
|   - Health Insurance | 3-2 |
|   - Life Insurance, AD&D and Long Term Disability | 3-3 |
| Savings and Retirement Plan | 3-4 |
| Domestic Partner Medical Coverage | 3-5 |
| Paid Time Off Policy | 3-8 |
|   - Carry Over | 3-9 |
| Holidays | 3-10 |
| Employee Referral Program | 3-11 |
| Professional Development | 3-12 |
|   - Certification Program | 3-12 |
|   - Tuition Assistance | 3-12 |
| Business Travel Policy | 3-13 |
|   - CONCUR Expense Reporting | 3-14 |
|   - Business Related Expenses | 3-17 |
|   - Travel Advances | 3-19 |
|   - Corporate American Express Cards | 3-20 |
| Car Pool Program | 3-21 |
| Business Auto Insurance Coverage | 3-22 |
| Leave of Absences | 3-23 |
|   - FMLA | 3-23 |
|   - Maternity Leave | 3-25 |
|   - Adoption Leave | 3-26 |
|   - Military Leave | 3-27 |
|   - Bereavement Leave | 3-30 |
|   - Other Leaves | 3-31 |
|   - Jury Duty | 3-32 |
|   - Time Off to Vote | 3-33 |
| Workers' Compensation | 3-34 |
| Relocation Services | 3-35 |

# THE ULTIMATE SOFTWARE GROUP, INC. (ULTIMATE SOFTWARE)

# EMPLOYEE HANDBOOK

Welcome to Ultimate Software. We are certain that you will have an interesting, exciting and rewarding experience as a new employee.

This handbook is designed to acquaint you with Ultimate Software and provide you with information about working conditions, employee benefits, and some of the policies affecting your employment. You should read, understand, and comply with all provisions of the handbook. It describes many of your responsibilities as an employee and outlines the programs developed by Ultimate Software to benefit employees. One of our objectives is to provide a work environment that is conducive to both personal and professional growth.

No employee handbook can anticipate every circumstance or question about policy. As Ultimate Software continues to grow, the need may arise and Ultimate Software reserves the rights to revise, supplement, or rescind any policies or portion of the handbook from time to time as it deems appropriate, in its sole and absolute discretion.

If you have any questions regarding any policies, please ask your manager or the Sr. VP People.

We wish you the best of luck and success in your position and hope that your employment relationship with us will be a rewarding experience.

This handbook is not a contract, express or implied, guaranteeing employment for any specific duration. Although we hope that your employment relationship with us will be long term, either you or the Company may terminate this relationship at any time, for any reason, with or without cause or notice.

## EMPLOYEE RELATIONS

Ultimate Software believes that the work conditions, wages and benefits it offers to its employees are competitive with those offered by other employers in this industry. If employees have concerns about work conditions or compensation, they are strongly encouraged to voice these concerns openly and directly to their department managers.

Employee communication with their manager is vital to the success of each department. Ultimate Software amply demonstrates its commitment to employees by responding effectively to employee concerns and therefore encourages employees to deal openly and directly with their managers.

## EQUAL EMPLOYMENT OPPORTUNITY

Ultimate Software is committed to equal employment opportunity and does not discriminate with regard to the terms or conditions of employment on race, color, sex, sexual orientation, age, religion, national origin, military service, or disability (provided employee is physically/mentally able to perform their regular duties of his/her job).

Ultimate Software will make reasonable accommodations for qualified individuals with known disabilities unless doing so would result in an undue hardship. This policy governs all aspects of employment, including selection, job assignment, compensation, discipline, and termination and adds to benefits and training.

Any employees with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of their manager or the Sr. VP People. Employees can raise concerns and make reports without fear of reprisal or retaliation. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

## IMMIGRATION LAW COMPLIANCE

Ultimate Software is committed to employing only United States citizens and aliens who are authorized to work in the United States and does not unlawfully discriminate on the basis of citizenship or national origin.

In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility. Former employees who are re-hired must also complete the form if they have not completed an I-9 with Ultimate Software within the past three years, or if their previous I-9 is no longer retained or valid.

### Work Authorization

Federal law requires all employers to verify the identity and employment eligibility of all persons hired to work in the United States. Ultimate Software provides the Social Security Administration (SSA) and the Department of Homeland Security (DHS) with information from each new employee's I-9 to confirm work authorization.

If the Government cannot confirm that you are authorized to work, we are required to provide you with written instructions and an opportunity to contact SSA and/or DHS before taking adverse action against you, including terminating your employment.

Employees with questions or seeking more information on immigration law issues are encouraged to contact the Sr. VP People. Employees may raise questions about immigration law compliance without fear of reprisal.

## EMPLOYMENT CLASSIFICATIONS

It is the intent of Ultimate Software to clarify the definitions of employment classifications so that employees may understand their employment status and benefit eligibility. These classifications do not guarantee employment for any specified period of time.

Each employee is designated as either NON-EXEMPT or EXEMPT from federal and state wage and hour laws.

NON-EXEMPT employees are entitled to overtime pay at the rate of one and one-half times their regular rate of pay for all hours worked beyond forty hours in a work week, in accordance with applicable Federal wage and law hours, or more frequently, such as for all hours worked beyond eight (8) on a given day in accordance with certain state wage and hour laws.

Under Section 13(a)(1) of the Fair Labor Standards Act, to qualify for exemption, employees generally must meet certain tests regarding their job duties and be paid on a salary basis at not less than $455 per week. Job titles do not determine exempt status. In order for an exemption to apply, an employee's specific job duties and salary must meet all the requirements of the Department's regulations.

EXEMPT employees excluded from overtime pay, in accordance with applicable Federal wage and hour laws, for work performed beyond forty hours in a workweek.

In addition to the above categories, each employee will belong to one other employment category:

REGULAR FULL-TIME: employees who are not on a temporary status and who regularly work a minimum of 40 hours a week. Regular employees are eligible for Ultimate Software's benefit package, subject to the terms, conditions, and limitations of each benefit program.

PART-TIME: employees who are not assigned to a temporary status and who are regularly scheduled to work less than 40 hours per week. While they do receive all legally mandated benefits (such as Social Security and workers' compensation insurance), they are ineligible for all of Ultimate Software's other benefit programs except participation in Ultimate Software's 401k plan.

Please direct any questions regarding your employment classification or exemption status to your manager or Human Resources Dept.

---

## PRIVACY POLICY

The Ultimate Software Group, Inc. ("Ultimate Software") respects the privacy of our customers, employees, Web site visitors, and job applicants. We believe it is important for you to understand the type of information we collect about you and how that information is used. We recognize the need for appropriate safeguards and management of Personal Information you provide to us. This Privacy Policy sets forth the privacy principles Ultimate Software follows with respect to your Personal Information.

### Safe Harbor

Ultimate Software adheres to the Safe Harbor privacy framework developed by the U.S. Department of Commerce in consultation with the European Commission's Directive on Data Protection on the transfer of Personal Information from European Union member countries to the United States (the "Safe Harbor Agreement"). The Safer Harbor privacy principles are notice, choice, onward transfer, access, security, data integrity, and enforcement. More information about the U.S. Department of Commerce's Safe Harbor program can be found at http://www.export.gov/safeharbor/.

### Scope

This Privacy Policy applies to all Personal Information received by Ultimate Software (including its Subsidiaries) in any format including electronic, paper, or verbal.
For purposes of this Policy, "Personal Information" means any information collected by Ultimate Software that identifies or could be used by Ultimate Software to identify an individual.

### Notice

### *How Personal Information is Collected*

#### Web Visitors

Ultimate Software collects Personal Information about a visitor to our Web site only when the visitor chooses to provide such information. On certain pages, for example, a visitor has the opportunity to provide his/her personal information such as his/her name, company, address, phone number, and e-mail address. By supplying such information to Ultimate Software, a visitor can request details about Ultimate Software, including information about the company's product line and investor information, or sign up for company-sponsored events or use the company's support Web site.

#### Web Site / Cookies

In order to improve the content and format of our site, Ultimate Software uses Web site tracking software to automatically capture technical information that is then stored in our server's log files. This information may include, but is not limited to, user domain, the type of Internet browser being used, which of our Web pages is visited, and the amount of time spent on our site.

---

In addition, some of Ultimate Software's Web pages may contain "cookies." A cookie is a small amount of data which our Web site stores on your computer, and which we can later retrieve. The cookie cannot be read by a site other than ours. We use cookies for a number of administrative purposes; for example, to store your preferences for certain kinds of information. No cookie will contain information that will allow anyone to contact you via telephone, e-mail, or any other means. You can monitor our use of cookies on your computer by setting your Web browser to inform you when cookies are set, or you can prevent the cookies from being set entirely. The "help" portion of the toolbar on most browsers will tell you how to prevent your browser from accepting new cookies, how to have the browser notify you when you receive a new cookie, or how to disable cookies altogether. Please understand that if you disable the use of cookies on your computer, you may be unable to access certain portions or services on our Web sites.

### Job Applicants and Employees

Ultimate Software collects Personal Information from its employees and job applicants for, among other things, legitimate human resource business reasons such as payroll administration, filling employment positions, maintaining accurate benefits records, meeting governmental reporting requirements, security, health and safety management, performance management, company network access, and authentication.

### Customers

Ultimate Software collects Personal Information from our customers who use our software products. The information may be collected through our intersourcing hosted services, or by members of our support team who provide support to licensed customers. The type of Personal Information collected is similar to the information collected under the "Job Applicants and Employees" paragraph, above.

### Choice

*Use of Your Personal Information*

We use your Personal Information to provide you with the services which Ultimate Software is contractually obligated to provide to you, or to assist you in completing a transaction, or communicate with you about our products or services. We use Personal Information from Web site visitors to respond to any inquiries such visitors make to our Web site and to provide you with related information of interest to you. We do not sell or rent your Personal Information to third parties.

We may disclose your Personal Information if we are required to do so by law or we in good faith believe that such action is necessary to (1) comply with the law or with legal process; (2) protect and defend our rights and property; (3) protect against misuse or unauthorized use of our Web site; or (4) protect the personal safety or property of our users or the public (among other things, this means that if you provide false information or attempt to pose as someone else, information about you may be disclosed as part of any investigation into your actions).

Other than as stated in this Privacy Policy, we will endeavor not to release your Personal Information to unknown or unaffiliated third parties, and we will not cross-reference your Personal Information with that of any other customer or entity.

### Onward Transfer

*Sharing of Your Personal Information*

Ultimate Software may contract with third-party providers to perform certain functions on our behalf or to enhance our existing product and service offerings. Examples include providing marketing assistance, product, and service support.

These third parties may have access to your Personal Information only to the extent necessary to permit them to do their jobs, however, they are bound by confidentiality agreements before any information is provided to them, and they are restricted from using the information for other purposes.

### Links to Non-Ultimate Software Web Sites and Third Parties

Ultimate Software's Web sites may contain links to third-party sites for your convenience and/or information. If you access those links, you will leave Ultimate Software's Web site and be re-directed to a third-party site. Ultimate Software does not control those sites or the privacy practices of those third-party sites, which may differ from Ultimate Software's privacy practices. We do not endorse or make any representations about third-party Web sites, and the personal data you choose to provide to third-party Web sites is not covered by this Privacy Policy. We encourage you to review the privacy policy of any Web site or company before submitting your Personal Information to them.

### Access

Ultimate Software will take reasonable steps to ensure that your Personal Information is accurate, complete, and current, to its intended use. We provide individuals with reasonable access to the Personal Information that they provide to us, as well as the ability to review and correct such information.

To protect your privacy and security, we also take reasonable steps to verify your identity, before granting access to your Personal Information. In addition, we may limit or deny access to Personal Information where providing such access would be unreasonably burdensome or expensive in the circumstances, or as otherwise permitted by the Safe Harbor Agreement.

### Security

To prevent unauthorized access or disclosure, to maintain data accuracy, and to allow only the appropriate use of your Personal Information, we utilize physical, technical, and administrative controls and procedures to safeguard the information we collect.

To protect the confidentiality, integrity, and availability of your Personal Information, Ultimate Software utilizes a variety of physical and logical access controls, firewalls, intrusion detection/prevention systems, network and database monitoring, anti-virus, and backup systems. We use encrypted sessions when collecting or transferring sensitive data through our Web sites.

We limit access to your Personal Information and data to those persons who have a specific business purpose for maintaining and processing such information. Ultimate Software's employees who have been granted physical access to your Personal Information will be made aware of their responsibilities to protect the confidentiality, integrity, and availability of that information and have been provided training and instruction on how to do so.

**Data Integrity**

Ultimate Software will take reasonable steps to ensure that Personal Information is accurate, complete, and current, to its intended use. Ultimate Software will only use Personal Information in ways that are compatible with the purposes for which it was collected or subsequently authorized by the individual.

**Enforcement and Verification**

Ultimate Software will conduct periodic assessments to validate its continued adherence to this Privacy Policy.

Where Ultimate Software has knowledge that one of Ultimate Software's employees or third parties is using or disclosing Personal Information in a manner contrary to this Policy, Ultimate Software will take reasonable steps to prevent or stop the use or disclosure. Ultimate Software holds its employees and agents accountable for maintaining the trust that our customers place in our company.

**Contact Information**

At any time you may contact Ultimate Software with questions or concerns about this Privacy Policy at privacy@ultimatesoftware.com. Written responses may also be submitted to:

The Ultimate Software Group
Attention: Director, Privacy and Compliance
2000 Ultimate Way
Weston, FL 33326

**Dispute Resolution**

Ultimate Software will investigate and attempt to resolve complaints and disputes regarding the use and disclosure of Personal Information in accordance with the principles contained in this Policy. Ultimate Software agrees to cooperate with the applicable European Union Data Protection Authority for disputes specific to Human Resource information received from the European Union. All other disputes that cannot be resolved between Ultimate Software and the

complainant will be handled in accordance with applicable dispute resolution procedures through the American Arbitration Association, which are available for review at www.adr.org. We strongly encourage you to raise any complaints you may have with regard to this privacy policy and/or our implementation of this policy to us prior to proceeding to the arbitration procedure described in this paragraph.

**Changes to This Privacy Policy**

The practices described in this Policy are the current Personal Information protection policies as of July 15, 2007. Ultimate Software reserves the right to modify or amend this Policy at any time consistent with the requirements of the Safe Harbor Principles. Updates will be posted to this site.

## ACCESS TO PERSONNEL FILES

Ultimate Software maintains a personnel file on each employee. The personnel file includes such information as the employee's resume, documentation of performance appraisals and salary increases, and other employment records. Your personnel file must be kept up-to-date at all times. It is your responsibility to notify the Sr. VP People of any changes in your name, telephone number, home address, marital status, number of dependents, beneficiary designations, scholastic achievements, emergency contacts, and so forth within 30 days.

You may review your personnel file by requesting an appointment with the Sr. VP People. You can obtain copies of documents that have been signed by you.

Any outside inquiries regarding current or former employees are to be directed to the Sr. VP People. Information other than file and dates of employment will not be released without prior written authorization from the employee.

## EMPLOYMENT REFERENCE/BACKGROUND CHECKS

To ensure that individuals who join Ultimate Software are well qualified and have a strong potential to be productive and successful, employment references are conducted on all candidates for employment.

Background screenings are also conducted for criminal and driving records, with signed authorization. A consumer report is obtained from a consumer reporting agency for the purpose of evaluating you for employment, promotion, reassignment or retention as an employee. Continued employment is contingent on receiving satisfactory results from the background screenings. If unsatisfactory results are received, decision for continued employment will be subjective depending on severity and timing of finding.

## PERFORMANCE EVALUATION

To ensure that you perform your job to the best of your abilities, it is important that you be recognized for good performance and that you receive appropriate suggestions for improvement when necessary. Consistent with this goal, your performance will be evaluated by your supervisor on an on-going basis and you will receive periodic verbal or written evaluations of your performance.

There should be open communication between the manager and an employee to discuss job tasks, identify and correct weaknesses, encourage and recognize strengths, and discuss positive, purposeful approaches for meeting goals.

## JOB POSTINGS/INTERNAL TRANSFERS

Ultimate provides employees an opportunity to indicate their interest in open positions and advance within the organization according to their skills and experience. In general, notices of all regular, full-time job openings are posted, although Ultimate reserves its discretionary right to not post a particular opening. All postings for open positions can be via Ultipro Web under 'My Company', 'Job Openings'.

Job openings are generally posted both internally and externally. Depending on position requirements, some positions may be posted internally only, prior to considering an external posting. Each job posting notice will include the dates of the posting period, job title, department, location, job summary, essential duties, and qualifications (required skills and abilities). Depending on the need to fill a certain position, internal posting could be waived and automatically be posted externally.

### Eligibility to Interview for Other Positions

Ultimate Software incurs a lot of time and expense in training new employees. We cannot allow employees to transfer out of departments early in their jobs because it causes a burden on the operation of the department.

In order to be eligible to apply for another position outside of your department, you must have been in your current department for no less than one (1) year. Employees in Product Support dept. cannot transfer out of Product Support unless they have been in their current department a minimum of two (2) years. Any exception to this rule must be approved by the employee's existing manager. Eligible employees must be performing in a satisfactory manner. While it is our intent to accommodate individual requests where appropriate, that may not always be possible due to business and operational considerations. Eligible employees can only apply for those posted jobs for which they possess the required skills, competencies, and qualifications.

To apply for a posted position by an internal applicant, employees must apply via Ultipro Web under 'My Company', 'Job Openings' and go through the application process. If an interview is scheduled by the hiring manager and an interest is expressed by the hiring manager, the hiring manager will contact Sr. VP People who will then verify eligibility for transfer and notify the employee's existing manager and request approval for transfer. Existing manager and hiring manager, after approval has been received will coordinate a transfer letter with transition period. Transfer letter will be offered and signed by internal applicant and forwarded to Sr. VP People for processing by hiring manager.

Unless there is a promotion in the new role or substantial increase in responsibilities, there will be no salary increase at time of transfer. New manager can choose to evaluate performance and salary of new employee after a six month completion in the new position.

An employee selected for a position may be retained in their former position until a replacement is obtained or satisfactory arrangements are made with their present department (minimum of two (2) week period).

Voluntary transfers between geographic locations will be considered on an individual basis. The employee may be responsible for the expenses associated with an employee-initiated transfer.

## TIMEKEEPING/PAYROLL

Accurately recording time worked is the responsibility of every nonexempt employee. Federal and state laws require Ultimate Software to keep an accurate record of time worked in order to calculate employee pay and benefits. Time worked is all the time actually spent on the job performing assigned duties.

Nonexempt employees should accurately record the time they begin and end their work, as well as the beginning and ending time of each meal period. They should also record the beginning and ending time of any split shift or departure from work for personal reasons. Overtime work must always be approved before it is performed.

Altering, falsifying, tampering with time records, or recording time on another employee's time record may result in disciplinary action, up to and including termination of employment.

It is the employees' responsibility to sign their time records to certify the accuracy of all time recorded. The dept. manager will review and then initial the time record before submitting it for payroll processing. In addition, if corrections or modifications are made to the time record, both the employee and the supervisor must verify the accuracy of the changes by initialing the time record.

The time record needs to be submitted to the Human Resource Department no later than Monday afternoon of payroll processing week. The time record should be calculated to include the week prior to submitting the time record and an estimate of normal working hours for the current payroll week. Any adjustments of hours for the current week need to be adjusted on the next payroll.

## WORK CONDITIONS & WORK HOURS

Work schedules for employees vary throughout our organization. Dept. managers will advise of their individual work schedules. Staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in the total hours that may be scheduled each day and week. Our core business hours are 8:30 am – 5:30 pm.

## PAYDAYS

All employees are paid biweekly on every other Friday. Each paycheck will include earnings for all work performed up to and including the day of pay.

In the event that a regularly scheduled payday falls on a day off such as a holiday, employees will receive pay on the last day of work before the regularly scheduled payday.

Employees may have pay directly deposited into their bank accounts if they provide advance written authorization to Ultimate Software. Only employees who do not participate in direct deposit will be mailed a live check on payroll week directly to their home address. All other employees can access their pay information through our Employee Self Service product.

In the case a payroll check is delayed or lost in the mail, a manual check will only be issued if payroll check hasn't been received by Tuesday of following pay period end date.

### Employee Self Service

All employees have access to their own personal and payroll data via the Internet as provided by UltiPro Web. UltiPro Web provides the ability to view payroll info, personal data, personal taxes, direct deposit, etc and to submit changes to personal and payroll data. Access is also provided to Company Information, Forms and Policies. An entry for updates on certification/licenses may be placed on hold until Human Resources actually receives a copy of actual certificate/license.

All employees are encouraged to familiarize themselves with this complete service. Pay vouchers are only issued for employees receiving actual paychecks, as all Direct Deposit information is available on UltiPro Web. This information is available as early as Tuesday of payroll week.

#### How to log on to UltiPro Web:

- Make sure you are connected to the Internet
- On top of web site address type in: my.ultimatesoftware.com
- Make sure you exclude 'www' and 'http' commands from the line
- You will then be prompted for a 'User Name'…enter your first name followed by the last four digits of your social security number (ie – Jack6789) then 'tab'
- You will then be prompted for a 'Password'…enter your 'date of birth' no dashes in the following format – 'mmddyyyy' then 'return'.
- It will prompt you to change your password…please enter a new password and remember it for your records. This will now be your logon…first name + last four digits of SS# and password.
- It will then prompt you to select (3) security questions with the answers to use in case you forget your password.
- If you forget your password, click on 'Forgot your password' and answer the (3) security questions you selected and it will reset your password to original setting above.

## OVERTIME

When needed, employees may be required to work overtime or hours other than those regularly scheduled. When overtime is required, and authorized by manager, compensation will be received for approved overtime work as follows:

1. Non-exempt employees will be paid one and one-half times the regularly hourly rate of pay for all hours worked beyond the fortieth hour in any given work week.

2. Exempt employees are not eligible for overtime compensation.

For purposes of computing overtime, a workday commences at 12:01 a.m. and ends at 12:00 midnight. Meal periods are not considered part of the workday. Holiday and paid time off will be considered as hours worked for overtime purposes; leaves of absences will not be considered time worked for overtime purposes.

Your manager will attempt to provide you with reasonable notice when the need for overtime arises. Please remember, however, that advance notice may not always be possible.

## ADMINISTRATIVE PAY CORRECTIONS

Ultimate Software takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday.

In the unlikely event that there is an error in the amount of pay, the employee should promptly bring the discrepancy to the attention of the Human Resource dept. so that corrections can be made as quickly as possible.

## PAYROLL DEDUCTIONS

State and Federal laws require certain deductions from an employee's paycheck. These may include:

- Federal Income Taxes (FIT). The amounts withheld for Federal income tax are based on earnings and the number of dependents claimed on the tax withholding form (W-4) completed by the employee. If there are any changes in an employee's dependents he/she must report these promptly by completing a new W-4 form.
- Social Security Taxes (FICA and Medicare)
- Garnishments and Tax Levys

Employees may also incur other voluntary payroll deductions for:

- 401(K) Deductions
- Supplemental Life Insurance
- Medical Expense Flexible Spending Account
- Dependent Care Expense Flexible Spending Account
- Supplemental Long Term Disability
- Pre-Paid Legal Services
- Identity Theft Shield
- Pet Assure
- Movie Ticket Purchase
- Charitable Donations

If you have any questions concerning deductions made from your paycheck, please speak to the Human Resource department.

## ATTENDANCE AND PUNCTUALITY

To maintain a safe and productive work environment, Ultimate Software expects employees to be reliable and to be punctual in reporting for scheduled work. Absenteeism and tardiness place a burden on other employees and on Ultimate Software. In the rare instances when employees cannot avoid being late to work or are unable to work as scheduled, they should notify their manager as soon as possible in advance of the anticipated tardiness or absence.

If you are absent for more than three (3) consecutive workdays, a statement from your physician is required before you will be permitted to return to work. Ultimate Software may require you either to submit a statement from your physician or to be examined by a Ultimate Software - designated physician in other instances at its discretion, such as where chemical or spousal abuse is suspected (i.e., where an employee's record indicates a pattern of short absences and/or frequent absences before or after holidays and weekends).

Poor attendance and excessive tardiness are disruptive. Either may lead to disciplinary action, up to and including termination of employment.

## TELECOMMUTING POLICY

Ultimate Software considers telecommuting to be a viable alternative work arrangement in cases where individual, job and supervisor characteristics are best suited to such an arrangement. Telecommuting allows an employee to work at home, on the road, or in a satellite location for all or part of their regular workweek. Telecommuting is a voluntary work alternative that may be appropriate for some employees and some jobs. It is not an entitlement; it is not a company-wide benefit; and it in no way changes the terms and conditions of employment with Ultimate Software.

- Either an employee or a supervisor can suggest telecommuting as a possible work arrangement.

- Telecommuting is informal, such as working from home for a short-term project or on the road during business travel. Other informal, short-term arrangements may be made for employees on family or medical leave, to the extent practical for the employee and the organization, and with the consent of the employee's health care provider, if appropriate. All informal telecommuting arrangements are made on a case by case basis, focusing on the business needs of the organization first.

- Ultimate Software will determine, with information supplied by the employee and the supervisor, the appropriate equipment needs (including hardware, software, modems, phone and data lines, facsimile equipment or software, photocopiers, etc.) for each telecommuting arrangement on a case-by-case basis. Equipment supplied by the organization will be maintained by the organization. Equipment supplied by the employee, if deemed appropriate by the organization, will be maintained by the employee. Ultimate Software accepts no responsibility for damage or repairs to employee-owned equipment. Ultimate Software reserves the right to make determinations as to appropriate equipment, subject to change at any time. Equipment supplied by the organization is to be used for business purposes only. The telecommuter agrees to take appropriate action to protect the items from damage or theft. Upon termination of employment all company property will be returned to the company, unless other arrangements have been made.

- Consistent with the organization's expectations of information asset security for employees working at the office full-time, telecommuting employees will be expected to ensure the protection of proprietary company and customer information accessible from their home office. Steps include, but are not limited to, use of locked file cabinets, disk boxes and desks, regular password maintenance, and any other steps appropriate for the job and the environment.

- The employee will establish an appropriate work environment within their home for work purposes. Ultimate Software will cover as a one-time fee $500 of the cost of a desk, chair and file cabinet, phone, etc. to be ordered via their Office Depot account ONLY. Purhase must be done within 60 days from date of hire or status change from non-virtual to virtual status. Anything over $500 will be an automatic payroll deduction from the next payroll following invoicing of purchase.

## TELECOMMUTING (cont'd)

- If and when you as an employee should terminate, the furniture will remain as your property (please refer to the Company's Office Supply Purchasing Policy found in Ultipro Web under Company Info).

- Injuries sustained by the employee while at their home work location and in conjunction with their regular work duties are normally covered by the company's workers' compensation policy. Telecommuting employees are responsible for notifying the employer of such injuries in accordance with company worker's compensation procedures. The employee is liable for any injuries sustained by visitors to their work site.

- Ultimate Software will supply the employee with appropriate office supplies (pens, paper, etc.) for successful completion of job responsibilities. The organization will also reimburse the employee for all other business-related expenses such as phone calls, shipping costs, etc. that are reasonably incurred in accordance with job responsibilities.

- The employee and manager will agree on the number of days of telecommuting allowed each week, the work schedule the employee will customarily maintain, and the manner and frequency of communication. The employee agrees to be accessible by phone or modem within a reasonable time period during the agreed upon work schedule.

- Telecommuting employees who are not exempt from the overtime requirements of the Fair Labor Standards Act will be required to record all hours worked in a manner designated by the organization. Telecommuting employees will be held to a higher standard of compliance than office-based employees due to the nature of the work arrangement. Hours worked in excess of those specified per day and per work week, in accordance with state and federal requirements will require the advance approval of the supervisor. Failure to comply with this requirement can result in the immediate cessation of the telecommuting agreement.

- Evaluation of telecommuter performance will be consistent with that received by employees working at the office in both content and frequency but will focus on work output and completion of objectives rather than time-based performance.

- Telecommuting is NOT designed to be a replacement for appropriate child care. Although an individual employee's schedule may be modified to accommodate child care needs, the focus of the arrangement must remain on job performance and meeting business demands.

- Employees entering into a telecommuting agreement may be required to forfeit use of a personal office or workstation in favor of a shared arrangement to maximize organization office space needs.

- The availability of telecommuting as a flexible work arrangement for employees of Ultimate Software can be discontinued at any time at the discretion of the employer. Every effort will be made to provide 30 days notice of such a change to accommodate commuting, child care and other problems that may arise from such a change. There may be instances, however, where no notice is possible.

## SEXUAL HARASSMENT POLICY

It is the policy of Ultimate Software to provide an environment free of sexual harassment. Sexual harassment is a violation of Title VII of the Civil Rights Act of 1964 and it is against the policy of the company for any employee, male or female, to sexually harass another employee by:

a) making unwelcome sexual advances or requests for sexual favors or other verbal or physical conduct of a sexual nature a term or condition of an employee's employment, or

b) making submission or rejection of such conduct the basis for employment decisions affecting the employee, or

c) unreasonably interfering with an employee's work performance or creating an intimidating, hostile or offensive working environment by such conduct.

Sexual harassment does not refer to behavior or occasional compliments of a socially acceptable nature. It refers to behavior that is not welcome, that is personally offensive, that fails to respect the rights of others, that lowers morale and that, therefore, interferes with our work effectiveness. Sexual harassment may take different forms. One specific form is the demand for sexual favors. Other forms of harassment include:

- Verbal - Sexually aggressive innuendoes, suggestive comments, jokes of a sexual nature, sexual propositions, threats.

- Non-Verbal - Sexually aggressive objects or pictures, graphic commentaries, suggestive or insulting sounds, leering, whistling, obscene gestures.

- Physical - Unwanted physical contact, including touching, pinching, brushing the body, coerced sexual intercourse, assault.

Sexual harassment may be overt or subtle. Some behavior, which is appropriate in a social setting, may not be appropriate in the workplace. But whatever form it takes, verbal, non-verbal or physical, sexual harassment can be insulting and demeaning to the recipient and cannot be tolerated in the work place. Sexual harassment by any employee or manager will not be tolerated. All employees and managers will be expected to comply with this policy and take appropriate measures to ensure that such conduct does not occur. Appropriate disciplinary action will be taken against any employee who violates this policy against sexual harassment. Based on the seriousness of the offense, disciplinary action may include verbal or written reprimand, suspension, or termination.

## SEXUAL HARASSMENT COMPLAINT PROCEDURES

1. Any employee who believes he or she has been the subject of sexual harrassment should report the alleged act immediately to his/her manager or the Sr. VP People.

2. If a complaint involves a manager, the complaint shall be filed directly with the Sr. VP People.

3. All complaints will be handled in a timely and confidential manner.

4. Investigation of a complaint will normally include conferring with the parties involved and any named or apparent witness.

5. If the investigation reveals that the complaint is valid, prompt attention and disciplinary action designed to stop the harassment immediately and to prevent its reoccurrence will be taken. However, if after investigating any complaint of harassment, Ultimate Software determines that the complaint is not bona fide or that an employee has provided false information regarding the complaint, disciplinary action may be taken against the individual who filed the complaint or who gave the false information, to protect the innocent but accused.

## PROGRESSIVE DISCIPLINE (6/06)

It is essential to Ultimate Software's success that certain standards of personal conduct and work performance be maintained. Ultimate Software believes that the employee wants to, and will, do a good job. Managers are responsible for informing employees of what is expected of them in their job. Discipline is a means to correct employee behavior and performance.

**Introductory Period**

New hires have a 90-day introductory period where progressive discipline does not need to be followed if conduct or performance is not up to Ultimate Software's standard.

Progressive discipline may include verbal warning, written warning, suspension, and ultimately discharge. There is no set standard of how many verbal warnings must be given prior to a written warning or how many written warnings must precede termination. Progressive discipline is used to ensure that the employee has the opportunity to correct his or her performance. There may be instances where managers feel that there has been enough communication made to the employees with regard to their performance and steps in the progressive discipline process could be skipped.

Exceptions. For serious offenses, such as fighting, theft, insubordination, threats of violence, the sale or possession of drugs or abuse of alcohol on company property, etc., termination may be the first and only disciplinary step taken. Any step or steps of the disciplinary process may be skipped at the discretion of Ultimate Software after investigation and analysis of the total situation, past practice, and circumstances.

**Steps for Progressive Discipline**

There are several levels of disciplinary action, each progressively more serious, which may be used to correct employee performance and behavior.

*Verbal Warning* - An employee may be issued a verbal warning for a performance or behavior problem where the manager explains the problem and what the employee must do to return to satisfactory status. Manager notes to the file are permissible and in most cases appropriate.

*Written Warning* - Employees may be issued a written warning as a letter or memo which contains a description of the specific problem/s or offense/s; expectations and acceptable standards of performance; and warning that further unsatisfactory behavior or performance may result in further disciplinary action. A copy of the written warning will be given to the employee and a copy placed in the employee's official personnel record. The written warning may also specify a review period, if appropriate, in which the employee's behavior or performance will be reviewed. Employees have the right to have a warning letter removed from their personnel file if after a reasonable period of time the reason for the warning letter has been corrected.

*Discharge* - When the employee is discharged as a result of a serious offense, or as the final step where a warning notice or notices have been written, the employee will be discharged for cause.

## EMPLOYMENT TERMINATION

Termination of employment is an inevitable part of personnel activity within any organization, and many of the reasons for termination are standard. Below are examples of some of the most common circumstances under which employment is terminated:

RESIGNATION - voluntary employment termination initiated by an employee.

DISCHARGE - involuntary employment termination initiated by the organization.

LAYOFF - involuntary employment termination initiated by the organization for non-disciplinary reasons.

Since employment with Ultimate Software is based on mutual consent, both the employee and Ultimate Software have the right to terminate employment at will, with or without cause, at any time. Employee benefits will be affected by employment termination in the following manner. All accrued, vested benefits that are due and payable at termination will be paid at the last payday for which the employee has performed work. Employees discharged or dismissed for cause shall not be eligible for any unused paid time off. Some benefits may be continued at the employee's expense if the employee so chooses. The employee will be notified in writing of the benefits that may be continued and of the terms, conditions and limitation of such continuance.

An employee desiring to terminate employment, regardless of employee classification, is expected to give as much advance as possible and in writing. Two weeks, or ten working days, is generally considered acceptable.

Terminations are to be treated in a confidential, professional manner by all concerned.

## BENEFITS CONTINUATION (COBRA)

Under the Consolidated Omnibus Budget Reconciliation Act of 1985, better known as COBRA, employees and their qualified beneficiaries have the opportunity to continue health insurance coverage under Ultimate Software's health plan when a "qualifying event" would normally result in the loss of eligibility. Some common qualifying events are resignation, termination of employment, or a death of an employee; a reduction in an employee's hours or a leave of absence; an employee's divorce or legal separation; and a dependent child no longer meeting eligibility requirements.

The employee is entitled to continue participating in Ultimate Software's health plan for a prescribed period of time, usually 18 months. (In certain circumstances, such an employee's divorce or death, the length of coverage period may be longer for qualified dependents), COBRA coverage is not extended to employees terminated for gross misconduct.

An employee or beneficiary must notify the Benefits Administrator of a divorce or non-dependency of a child within 60 days of the qualifying event. Failure to provide this notification within the 60-day period will void any rights of the beneficiary to elect continuation of coverage under COBRA.

Under COBRA, the employee or beneficiary pays the full cost of coverage at Ultimate Software's group rates plus a 2% administration fee. The health plan provider will send each eligible employee a written notice describing rights granted under COBRA when the employee becomes eligible for coverage under Ultimate Software's health insurance plan. The notice contains important information about the employee's rights and obligations.

Continuation coverage may end, however, if any of the following events occur:

1. Failure to make timely payments of all premiums
2. Assumption of coverage under another group health plan, which does not exclude or limit coverage to you on account of a pre-existing medical condition
3. Ultimate Software's termination of its group health plan

If an employee is enrolled for Medicare, they will no longer be eligible for continued coverage, but their spouse and dependent children may be entitled to extend their continuation coverage.

## REINSTATEMENT POLICY

Employees who are re-hired may be given credit for prior time worked with Ultimate Software for seniority purposes as well as for those benefit programs governed by the anniversary date, subject to the following guidelines.

1. Layoff - employees who are terminated because of a reduction in work force will be given credit for prior time worked with Ultimate Software for seniority purposes if they are re-employed by Ultimate Software within one (1) year after date of termination.

2. Voluntary resignation - employees who voluntarily terminate their employment with Ultimate Software may, subject to senior management's approval, be given credit for prior work time with Ultimate Software if they are re-employed by Ultimate Software within one (1) year after date of termination.

## EMERGENCY CLOSINGS (updated 4/06)

Certain conditions affect the safety and wellbeing of employees and may be reason to close an operation. In those rare situations when emergency closing of the office may be required, employees are paid their regular pay from the time senior management request they vacate the premises until senior management advises they return to their normal work schedule. Power outages, hurricane, severe weather conditions, warning of bomb threats are examples of potential and unforeseen emergency situations.

Some emergencies or equipment failures may result in assigning alternative duties to employees. Such duties should be as consistent as possible under the circumstances with current job descriptions. In the event that an employee's work site at Ultimate Software is not usable due to inclement weather and an alternative work space is unavailable, an employee should be excused with pay.

In South Florida during hurricane season, headquarters will close once Broward County has been issued a 'hurricane warning' status. Headquarters will remain closed until the Employee Hotline has been updated stating that we are open for business.

It is expected for everyone to report to work as long as Ultimate Software has not declared the work-site to be unsafe and closed to employees. Some conditions which are specific to employees who are negatively affected must utilize paid time off days in order to avoid loss of pay. In the event of extraordinary weather conditions, reasonable tardiness should be excused.

In case of an emergency closing, please call the Employee Hotline at 888-874-3923 for periodic updates.

# BUSINESS CODE OF CONDUCT AND ETHICS

## Introduction

This Code of Business Conduct and Ethics (the "Code") of The Ultimate Software Group, Inc. ("Ultimate Software" or the "Company") has been adopted by the Board of Directors to express the expected standards of business conduct and principles of ethical behavior that support a core value of the Company – personal and corporate integrity. All employees, officers and directors of the Company (collectively, "we", "us", or "our") are expected to be familiar with the Code and are required to comply with its provisions.

The integrity and reputation of Ultimate Software depend on our collective and individual honesty, fairness, and integrity. Each of us is responsible for applying common sense and high personal ethical standards in making business decisions where there is no stated guideline in this Code or any other Ultimate Software policy. This Code addresses conduct that is particularly important to proper dealings with third parties in the marketplace, our Company, and our stockholders, and is intended to supplement and be read in conjunction with all other policies of Ultimate Software.

If a law conflicts with a policy in this Code, you must comply with the law; however, if a local custom or policy conflicts with this Code, you must comply with the Code. If you have any questions about these conflicts, you should ask your supervisor how to handle the situation.

This Code describes guidelines and available compliance resources. In addition, each of us is encouraged to ask questions about conduct that may violate this Code, to voice concerns, or to clarify any terms of this Code. Each of us should be alert for potential violations of this Code by others and should report suspected violations without fear of retaliation. Anyone who violates this Code may be subject to disciplinary action, up to and including termination of employment and, in appropriate cases, civil action or referral for criminal prosecution.

*If you are in a situation which you believe may violate or lead to a violation of this Code, follow the guidelines described in Section XII and Section XIII of this Code.*

## 1. Compliance with Laws, Rules and Regulations

Numerous laws and regulations apply to Ultimate Software and impact the way it sells its products, provides services and communicates with stockholders, regulatory bodies, and the public. Some of these laws and regulations are listed below. All employees, officers and directors are required to comply with all laws, regulations and professional standards

1 As adopted by the Board of Directors on May 3, 2004.
Code of Business Conduct and Ethics

---

that apply to your work for Ultimate Software. Although not all employees, officers and directors are expected to know the details of these laws, it is important to know enough to determine when to seek advice from supervisors, managers or other appropriate personnel.

### U.S. Securities Disclosure Laws

The securities laws have very strict and precise rules about the disclosure of company information that has not otherwise been made public. To ensure that Ultimate Software complies with these provisions, you should refer all calls or other contact with analysts, brokers, dealers, investment advisors, investment companies, shareholders or the media to Ultimate Software's investor relations or public relations departments, or to the appropriate member of the management team.

### Foreign Corrupt Practices Act (FCPA)

The U.S. Foreign Corrupt Practices Act prohibits giving anything of value, directly or indirectly, to officials of governments or political candidates in order to obtain or retain business. It is strictly prohibited to make illegal payments to government officials of any country.

In addition, the U.S. government has a number of laws and regulations regarding business gratuities which may be accepted by U.S. government personnel. The promise, offer or delivery to an official or employee of the U.S. government of a gift, favor or other gratuity in violation of these rules would not only violate Company policy but could also be a criminal offense. State and local governments, as well as foreign governments, may have similar rules. Ultimate Software's General Counsel can provide guidance to you in this area.

Each of us is responsible for acquiring the appropriate knowledge of the requirements relating to our duties to enable us to recognize potential dangers and to know when to seek advice regarding legal compliance issues. No illegal or unethical act is justified by claiming that a superior ordered it or that we did not know that the act was improper.

### Antitrust Compliance

Agreements with competitors to fix bids or prices or to refrain from competing with each other are among the actions prohibited under the antitrust laws. Employees, officers and directors should not discuss the pricing of Ultimate Software's software products and services with competitors or the terms under which Ultimate Software may bid for a prospective customer's business. Ultimate Software's General Counsel can provide guidance to you in this area.

### Insider Trading

Employees, officers and directors may be exposed to sensitive information about Ultimate Software's financial performance or strategic plans before that information becomes public ("Inside Information"). Employees, officers and directors who have access to Inside Information are not permitted to use, or share that information for stock

trading purposes or for any other purpose except the conduct of our business. All inside Information about Ultimate Software should be considered confidential information and can not be disclosed to anyone before the information becomes public. To use inside information for personal financial benefit or to "tip" others who might make an investment decision on the basis of this information is not only unethical but also illegal. If you have any questions about the use of material inside information, please consult Ultimate Software's General Counsel.

Information regarding compliance with laws, regulations and professional standards, including insider-trading laws, is available from Human Resources, upon request.

II. Conflicts of Interest

The Code is devoted to the best interests of Ultimate Software. Any transaction that creates a conflict between our personal interests and the interests of Ultimate Software is prohibited, unless it has been specifically authorized pursuant to Ultimate Software's policies and procedures. Even the appearance of a conflict of interest where none actually exists can be damaging and should be avoided.

It is not possible to specify every action that might create a conflict of interest. However, the following are examples of situations that often involve a conflict of interest:

• An employee, officer or director takes actions or has interests that may make it difficult to perform his or her Company work objectively and effectively.

• An employee, officer or director, or members of his or her family, receives improper personal benefits as a result of his or her position in Ultimate Software.

• Loans to, or guarantees of obligations of, employees and their family members may create conflicts of interest.

• An employee, officer or director serves as an officer or director of a competitor of Ultimate Software, or engages in any activity that is intended to, or would reasonably be expected to, advance a competitor's interest to Ultimate Software's detriment.

• An employee or officer conducts business for another enterprise during Ultimate Software's normal working hours or using Ultimate Software's property to conduct business for another enterprise.

• An employee or officer owns a financial interest in, or serves in a business capacity with, an enterprise that does business with or is in competition with Ultimate Software.

Conflicts of interest are prohibited as a matter of the Code, except under guidelines approved by the Board of Directors. Conflicts of interest may not always be clear-cut, so if you have a question, you should consult with higher levels of management or Ultimate Software's General Counsel. Any employee, officer or director who becomes aware of a

conflict or potential conflict should bring it to the attention of a supervisor, manager or other appropriate personnel or consult the procedures described in Section XII and Section XIII of this Code.

III. Corporate Opportunities

Employees, officers and directors are prohibited from taking for themselves personally opportunities that are discovered through the use of Company property, information or position without the consent of the Board of Directors. No employee, officer or director may use Company property, information, or position for improper personal gain, and no employee may compete with Ultimate Software directly or indirectly. Employees, officers and directors owe a duty to Ultimate Software to advance its legitimate interests when the opportunity to do so arises.

IV. Competition and Fair Dealing

We seek to outperform our competition fairly and honestly. We seek competitive advantages through superior performance, never through unethical or illegal business practices. Stealing proprietary information, possessing trade secret information that was obtained without the owner's consent, or inducing such disclosures by past or present employees of other companies is prohibited. Each employee, officer and director should endeavor to respect the rights of and deal fairly with Ultimate Software's customers, suppliers, competitors and employees. No employee, officer or director should take unfair advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any other intentional unfair-dealing practice.

To maintain Ultimate Software's valuable reputation, compliance with our quality processes and safety requirements is essential. In the context of ethics, quality requires that our products and services be designed and manufactured to meet our obligations to customers. All inspection and testing documents must be handled in accordance with all applicable regulations.

The purpose of business entertainment and gifts in a commercial setting is to create good will and sound working relationships, not to gain unfair advantage with customers. No gift or entertainment should ever be offered, given, provided or accepted by any Company employee, officer, director, family member of an employee or agent unless it: (1) is not a cash gift, (2) is consistent with customary business practices, (3) is not excessive in value, (4) cannot be construed as a bribe or payoff and (5) does not violate any laws or regulations. Please discuss with your supervisor any gifts or proposed gifts which you are not certain are appropriate.

## V. Discrimination and Harassment

The diversity of Ultimate Software's employees is a tremendous asset. We are firmly committed to providing equal opportunity in all aspects of employment and will not tolerate any illegal discrimination or harassment of any kind. Examples include derogatory comments based on racial or ethnic characteristics and unwelcomed sexual advances.

## VI. Health and Safety

Ultimate Software strives to provide each employee with a safe and healthful work environment. Each employee has a responsibility for maintaining a safe and healthy workplace for all of us by following safety and health rules and practices and reporting accidents, injuries and unsafe equipment, practices or conditions.

Violence and threatening behavior are not permitted. Employees should report to work in condition to perform their duties, free from the influence of illegal drugs or alcohol. The use of illegal drugs in the workplace will not be tolerated.

## VII. Complete, Accurate and Timely Disclosure

Ultimate Software's Common Stock is owned by the public and its shares are listed on NASDAQ. As a result, Ultimate Software is obligated to make various public disclosures. Our policy is to provide full, fair, accurate, timely and understandable disclosure in reports and documents that we file with, or submit to, the Securities and Exchange Commission ("SEC") or that are otherwise publicly disclosed or communicated. Ultimate Software requires honest and accurate recording and reporting of information in order to make responsible business decisions.

All of Ultimate Software's books, records, accounts and financial statements must be maintained in reasonable detail, must appropriately reflect Ultimate Software's transactions and must conform both to applicable legal and other regulatory requirements and with Ultimate Software's policies and procedures. We must also comply with our system of internal controls for financial reporting. Unrecorded or "off the books" funds or assets should not be maintained unless permitted by applicable law or regulation.

Business records and communications often become public and are relied upon to produce reports for management, stockholders, creditors, and governmental authorities, including reports that we file with the SEC, and other public statements. These reports and statements must provide full, fair, accurate, timely, and understandable disclosure and fairly present our financial condition and results of operations. Therefore, we should strive to ensure that our financial disclosure is accurate and complete and we should avoid exaggeration, derogatory remarks, guesswork, or inappropriate characterizations of people and companies that can be misunderstood. This applies equally to e-mail, internal memos, and formal reports. Ultimate Software requires the following for those involved in the preparation and review of these reports and statements:

- We will not take or authorize any action that would cause our financial disclosures to fail to comply with generally accepted accounting principles or the rules and regulations of the SEC or other applicable laws, rules or regulations;

- We will comply with our disclosure controls and procedures and take any other necessary steps to ensure that information that may be required to be disclosed by Ultimate Software under applicable securities laws is communicated, reviewed, discussed, and evaluated in a timely manner;

- We will cooperate fully with our independent auditors and the Audit Committee of the Board of Directors in their review of our financial statements and disclosure documents, and will not interfere with the Audit Committee's responsibility for the appointment, compensation, and oversight of the work of our independent auditors;

- We will cooperate fully with our Accounting and Legal Departments, respond to their questions with candor, and provide them with complete and accurate information to assist in ensuring that our business records and financial statements, as well as our reports filed with the SEC and other public statements, are accurate and complete; and

- We will not knowingly make (or cause or encourage any other person to make) any false or misleading statement in any of our reports filed with the SEC or knowingly omit (or cause or encourage any other person to omit) any information necessary to make the disclosure in any of our reports accurate in all material respects.

Anyone who becomes aware of any violation of this policy must immediately contact Ultimate Software's General Counsel.

## VIII. Confidential and Proprietary Information

Employees, officers and directors must maintain the confidentiality of confidential information entrusted to them by Ultimate Software or its customers, except when disclosure is authorized by the General Counsel or required by laws or regulations, even after our employment or other association with the Company ends. Confidential information includes all non-public information that might be of use to competitors, or harmful to Ultimate Software or its customers, if disclosed. Confidential information may include technical information, product architecture, source codes, product development ideas and inventions, financial information, business plans or projections, marketing information, customer lists, pricing strategies, customer information, personnel data, and any other information pertaining to the past, present, or future business operations or financial condition of Ultimate Software. It also includes information that suppliers and customers have entrusted to us. The obligation to preserve confidential information continues even after employment ends.

## IX. Protection and Proper Use of Company Assets

All employees should endeavor to protect Ultimate Software's assets and ensure their efficient use. Theft, carelessness, and waste have a direct impact on Ultimate Software's

financial condition. Any suspected incident of fraud or theft should be immediately reported for investigation. Company equipment should not be used for non-Company business, though incidental personal use may be permitted.

Our assets include not only tangible property, such as computer equipment, telecommunications and other electronic communications equipment, furniture, supplies, and cash, but also intangible property, such as software, trademarks, copyrights, patents, and other proprietary information and know-how. Unauthorized use or distribution of this information would violate Company policy. It could also be illegal and result in civil or even criminal penalties. The Company retains the right to access, review, monitor, and disclose any information transmitted, received, or stored using Ultimate Software's assets, with our without our, or any third party's, knowledge or consent.

X. Waivers of the Code of Business Conduct and Ethics

Any waiver of this Code for executive officers or directors may be made only by the Board or a Board committee and will be promptly disclosed as required by law or stock exchange regulation.

XI. Reporting any Illegal or Unethical Behavior

Employees are encouraged to talk to supervisors, managers or other appropriate personnel about observed illegal or unethical behavior and when in doubt about the best course of action in a particular situation. It is the policy of Ultimate Software not to allow retaliation for reports of misconduct by others made in good faith by employees. Employees are expected to cooperate in internal investigations of misconduct.

XII. Compliance and Discipline Procedures

We must all work to ensure prompt and consistent action against violations of this Code. However, in some situations it is difficult to know right from wrong. Since we cannot anticipate every situation that will arise, it is important that we have a way to approach a new question or problem. Each of us is encouraged to ask questions about conduct that may violate this Code, to voice concerns, or to clarify any terms of this Code. In the event you suspect violations of this Code or have questions, the following is the process to follow:

- Know our policies and the law. We are expected to know and understand this Code, the other policies of Ultimate Software, and the laws that apply to our specific position and level of responsibility. Please take the time to become familiar with these important requirements.

- Make sure you have all the facts. In order to reach the right solutions, we must be as fully informed as possible.

- Ask yourself. What specifically am I being asked to do? Does it seem unethical or improper? This will enable me to focus on the specific question I am faced with, and

the alternatives I have. Use your judgment and common sense; if something seems unethical or improper, it probably is.

- Clarify your responsibility and role. In most situations, there is shared responsibility. Are your colleagues informed? It may help to get others involved and discuss the problem.

- Discuss the problem with your supervisor. This is the basic guidance for all situations. In many cases, your supervisor will be more knowledgeable about the question, and will appreciate being brought into the decision-making process. Remember that it is your supervisor's responsibility to help solve problems.

- Seek help from Company resources. In the rare case where it may not be appropriate to discuss an issue with your supervisor or where you do not feel comfortable approaching your supervisor with your question, discuss it locally with your office manager or your Human Resources manager.

- You may report ethical violations in confidence and without fear of retaliation. If your situation requires that your identity be kept secret, your anonymity will be protected. Ultimate Software does not permit retaliation of any kind against employees for good faith reports of ethical violations. Any communication or complaints by the Company or its employees regarding questionable accounting or auditing matters may be submitted confidentially and anonymously to the Chairman of the Audit Committee, The Ultimate Software Group, Inc., 2000 Ultimate Way, Weston, Florida 33326.

- Always ask first, act later: If you are unsure of what to do in any situation, seek guidance before you act.

XIII. Compliance Resources

You are encouraged to discuss any potential or actual violation, or any other matter relating to this Code, with the following compliance resources:

- Ultimate Software Management: For most of us, our most immediate resource is our manager or direct supervisor. He or she may have the information you need, or may be able to refer the question to another appropriate resource. There may, however, be times when you prefer not to go to your manager or direct supervisor. In these instances, please feel free to discuss your concerns with our other resources described below.

- Ultimate Software Human Resources: Our Human Resources staff is available to discuss any matter relating to this Code at any time. You may contact either Mabel Cabrera, HR Manager, at 954-331-6773 (mabel_cabrera@ultimatesoftware.com) or Vivian Meza, Senior Vice President of People, at 954-331-7035 (vivian_meza@ultimatesoftware.com).

## PERSONAL APPEARANCE AND DEMEANOR

Discretion in style of dress and behavior is essential to the efficient operation of Ultimate Software. Employees are, therefore, required to dress in appropriate business attire and to behave in a professional, businesslike manner. Please use good judgment in your choice of work clothes and remember to conduct yourself at all time in a way that best represents you and Ultimate Software.

Employees are also required to keep their work environment clean and orderly. Before departing at the end of their workday, employees should lock all files and cabinets and clear all work materials from desk surfaces, especially materials of a sensitive or confidential nature.

## VISITORS POLICY

To provide for the safety and security of employees and the facilities at USG, only authorized visitors are allowed in the workplace. Restricting unauthorized visitors helps maintain safety standards, protects against theft, ensures security of equipment, protects confidential information, safeguards employee welfare, and avoids potential distractions and disturbances.

All visitors should enter USG at the reception area in the main building. Authorized visitors, after signing in, will receive directions or be escorted to their destination. Employees are responsible for the conduct and safety of their visitors. If an unauthorized individual is observed on USG's premises, employees should immediately notify their supervisor or, if necessary, direct the individual to the reception area.

- *Ultimate Software General Counsel:* Our General Counsel is another key resource for any compliance matter relating to this Code. In addition, as specified in this Code, several of our policies require immediate consultation with our General Counsel. You may contact Robert Manne, Senior Vice President, General Counsel, at 954-331-7499 (robert_manne@ultimatesoftware.com).

Failure to comply with the standards explained in this Code will result in disciplinary action, up to and including termination of employment and, in appropriate cases, civil action or referral for criminal prosecution.

## SMOKING

To maintain a safe and healthful working environment and to ensure compliance with applicable laws, smoking in Ultimate Software offices and facilities is strictly regulated. Employees should become familiar with the areas throughout the facility where smoking is either permitted or prohibited. Because Ultimate Software may be subject to criminal and civil penalties for violations or applicable smoking laws, we must insist on strict adherence to this policy.

## DRUG AND ALCOHOL USE

It is Ultimate Software's desire to provide a drug-free, healthful and safe workplace. To promote this goal, employees are required to report to work in appropriate mental and physical condition to perform their jobs in a satisfactory manner.

Ultimate Software has implemented the following policy:

A.  **Disciplinary Situations.** The following situations will necessitate immediate disciplinary measures, up to and including termination:

1.  Use, possession, sale, or solicitation of illegal drugs on Ultimate Software premises.

2.  Unauthorized use of alcohol on Ultimate Software premises. When alcohol is authorized at Ultimate Software sponsored events, it is the employee's responsibility to control his/her consumption to avoid intoxication. Ultimate Software will gladly pay for a taxi upon request.

3.  Reporting to work under the influence of alcohol or drugs.

4.  Use of physician-prescribed medications during work hours, which have the potential to interfere with the safe and effective performance of duties or operation of equipment or of employee safety without notifying the manager in advance.

5.  Conviction of controlled-substance-related violations, including pleas of no contest, without notifying the manager within five (5) days of conviction or plea.

B.  **Voluntary Treatment.** Ultimate Software is also committed to providing reasonable accommodation to those employees who want to address their drug or alcohol problem through rehabilitation and treatment. An Employee Assistance Program is available to all employees. If an employee is placed on medical leave for treatment, the Medical Leave Policy provisions will apply. If an employee has a problem and does not voluntarily seek treatment, he/she is subject to the disciplinary steps described above.

C.  **Searches.** Ultimate Software reserves the right to require employees, while on duty or on Ultimate Software property (including parking areas), to agree to inspections of all areas and property over which Ultimate Software maintains complete or shared control with the employee. All offices, desks, files and personal property are searchable while on Ultimate Software premises. Otherwise, Ultimate Software may notify the appropriate law enforcement agency that an employee may have illegal drugs in his/her possession or in an area not jointly or fully controlled by Ultimate Software.

D.  **Drug Testing.** Ultimate Software reserves the right to investigate any possible violations of this policy, which may include medical testing for alcohol or illegal drug use.

E.  **Transportation.** Any employee believed to be under the influence of alcohol or illegal drugs shall be prevented from engaging in further work and shall not be allowed to leave the work site in his/her vehicle, but shall be transported home or to a medical clinic by an employee, law enforcement or medical personnel, or taxicab.

Employees with questions on this policy or issues related to drug or alcohol use in the workplace should raise their concerns with their manager or the Human Resources Department without fear of reprisal.

## SAFETY AND HEALTH

It is Ultimate Software's policy to safeguard the health and safety of all of its employees and visitors and to protect Ultimate Software property. Ultimate Software will make every reasonable effort to keep the work place as free of hazards as possible.

Each employee is required to exercise caution in all work activities. Employees must immediately report any unsafe conditions or acts to the appropriate manager. In the case of accidents that result in injury, regardless of how insignificant the injury may appear, employees should immediately notify their manager. Written reports are necessary to comply with applicable law and to initiate insurance and workers' compensation benefits procedures.

Ultimate Software requests the cooperation and assistance of each employee in upholding this policy. The support of employees and managers can be demonstrated by:

1. Conscientiously complying with and enforcing all safety standards and regulations.
2. Exercising good judgment at all times to prevent injuries and illness.
3. Identifying actual and potential hazards, reviewing repetitive incidents, and bringing them to the attention of the responsible manager.
4. Being aware of all safety considerations when learning or introducing a new process, procedure, machine or material to the work place.
5. Immediately reporting every work-related injury or illness and ensuring that the proper reports are completed.
6. Notifying your manager, before beginning the workday, of any medication being taken that may cause drowsiness or other side effects that could affect you, your performance or your co-workers.

## Personal Injury

If an employee is injured or becomes ill while on the job or in the course of employment, he/she should immediately report the following information to their manager and Human Resources Dept.:

1. Time the injury/illness occurred.
2. Location where injury/illness occurred.
3. Circumstances of the accident/illness.
4. Description of the injury/illness.
5. Any witness(es) to the accident (if appropriate).

Injuries or illnesses that an employee may feel minor at the time may result in further complications, therefore, employees should report all accidents/illnesses for their own protection.

# USE OF PHONE AND MAIL SYSTEMS

To maximize the benefits of its phone, mail and computer resources and minimize potential liability, Ultimate Software ("Company") has created this policy. All users are obligated to use these resources responsibly, professionally, ethically, in a business like manner and lawfully.

Personal use of telephone for long-distance and toll calls is not permitted. Employee should practice discretion in using company telephones when making local personal calls.

The mail and computer systems are reserved for business purposes of Ultimate Software only. Employees should refrain from sending or receiving personal mail or electronic mail at the workplace.

Ultimate Software has the right, but not the obligation, to monitor any and all aspects of the phone, mail and computer systems and there is no expectation of privacy with regard to your use of same.

The following rules apply when using the phones, mail and computer systems of Ultimate Software.

1. All communications and language used should be businesslike and professional.
2. Users are responsible for safeguarding their passwords for access to the computer system. Passwords should not be printed, stored online or given to others. No user may access the computer system with another user's password or account.
3. The phone, mail and computer systems may not be used that is in any way fraudulent, harassing, sexually explicit, profane, obscene, intimidating, racially or religiously offensive, defamatory or otherwise unlawful or inappropriate.
4. Users may not illegally copy material protected under copyright law or make that material available to others for copying. Users are responsible for complying with copyright law and applicable licenses that apply to software, files, documents, messages and other material they wish to download or copy.
5. Unless expressly authorized by your supervisor, sending, transmitting or otherwise disseminating proprietary data, trade secrets or other confidential information of the company is strictly prohibited. Unauthorized dissemination of this information may result in substantial civil liability as well as severe criminal penalties under the Economic Espionage Act of 1996.
6. If you become aware of anyone using the phone, mail and/or computer system in violation of any of these rules, you are obligated to report the incident immediately to your manager.

Failure to follow any of these rules or policies may result in disciplinary action such as suspension or dismissal and/or civil or criminal liability.

(Updated 11/01)

Ultimate Software Employee Handbook                                    2-15


# USE OF CELLULAR PHONES WHILE DRIVING

Ultimate Software issues certain employees in key positions a cellular phone so they can stay in contact with clients and co-workers while they are out of the office on business.

Ultimate Software encourages its employees to remember safety when using their cellular phones for business purposes. Employees may engage in brief conversations while driving. If a call is going to be intense or if traffic conditions are poor, employees must park their vehicles before using their phones.

All Ultimate Software staff who are driving on business are expected to conduct themselves in a safe and legal manner, obeying posted speed limits and avoiding taking notes while driving.

These employees who are not provided with phones by Ultimate Software will not be reimbursed for use of their personal phones and are expected to make business calls from their office.

If you are driving in the State of New York it is against the law to use a cell phone while driving unless you have a "hands free" device.

Added 11/00

Ultimate Software Employee Handbook                                    2-16

# EMPLOYEE BENEFIT PROGRAMS

All regular full-time employees, working forty (40) hours per week, at Ultimate Software are provided a wide range of benefits. A number of programs (such as Social Security, workers' compensation, state disability, and unemployment insurance) cover all employees in the manner prescribed by law.

Specific plan documents are available in UltiPro Web under "My Company" which provide detail on the health plan, life insurance, 401k and other options in greater detail. All benefit vendor websites are provided under "Myself", "Benefits", "Links"

The following benefit programs are available to regular full-time employees:

- 401K Plan
- Health Insurance
- Paid Time Off
- Paid Holidays (7)
- Life Insurance
- Accidental Death & Dismemberment
- Long-Term Disability
- Bereavement Leave
- Family/Medical Leave
- Jury Duty Leave
- Tuition/Certification Reimbursements
- Employee Assistance Program
- Will Preparation Services
- Direct Deposit
- Credit Union

The following benefits are provided as an option for employees via payroll deduction:

- Supplemental Life Insurance
- Supplemental Long Term Disability
- Short Term Disability
- Health Care Expense Flexible Spending Account
- Dependent Care Expense Flexible Spending Account
- Cancer Medical Plan
- Critical Illness Plan
- PrePaid Legal Services
- Identity Theft Shield
- Pet Assure (Network Discount Plan)

# Health Insurance Coverage

All regular full-time employees, working a minimum of forty (40) hours per week, and their dependents are eligible for medical, dental and vision coverage. Premiums for these benefits are paid 100% by Ultimate Software for full-time employees and their dependents. Employees who elect dependent coverage must notify the Human Resource Department immediately of any change in family circumstances that may affect their dependents eligibility for group policy coverage (i.e. marriage, divorce, birth or adoption of a child, child's graduation from college or decision not to re-enroll in college).

Details on health coverage are presented to all new hires and are always posted under UltiPro Web (try.ultimatesoftware.com) in summary and detail form. Medical provider listings are available under www.cigna.com and www.mycigna.com. This second site provides complete plan details, claim information and much more for partipants. The medical coverage includes prescription and vision coverage. The dental coverage provides a choice of two CIGNA plans.

This coverage commences the first of the month following first day of employment, pending timely submission of enrollment form under CIGNA group 3312828.

## Life Insurance, Accidental, Death & Dismemberment and Long Term Disability

**Life Insurance and Accidental, Death & Dismemberment -**
All regular full-time employees, working a minimum of forty (40) hours per week, are eligible for life insurance and accidental, death & dismemberment coverage of one time(1x) their base annual salary, with a maximum of $500,000. Any amount over $250,000 requires submission and approval of evidence of insurability.

This coverage commences the first of the month following first day of employment, pending timely submission of enrollment form.

As per IRS guidelines, employees are taxed for imputed income according to the amount of basic life insurance over $50,000. Imputed income means the employee is to be taxed for the value of the benefit over $50,000 not the actual dollar amount. Taxes for this benefit are as follows:

| Age of Employee | Monthly Cost Table $1000 of Excess Coverage |
|---|---|
| Under 25 | $.05 |
| 25 to 29 | |
| 30 to 34 | .08 |
| 35 to 39 | |
| 40 to 44 | .10 |
| 45 to 49 | |
| 50 to 54 | .23 |
| 55 to 59 | |
| 60 to 64 | .66 |
| 65 to 69 | |
| 70 & over | $2.06 |

**Long Term Disability -**
All regular full-time employees, working a minimum of forty (40) hours per week, are also eligible for long term disability coverage. This coverage is for 60% of the base annual salary and cost is completely covered by Ultimate Software. This coverage is together with Life Insurance and details are posted under my.ultimatesoftware.com, 'Company Information'. There is a 90-day elimination period required before any long-term disability benefits commence.

## Savings and Retirement Plan

Ultimate Software participates in The Ultimate Software Group 401(k) Savings Plan. Our plan is designed to encourage employees to save on a regular pre-tax basis and provide additional financial security upon retirement. Ultimate Software matches 30% of employee contributions. This match is fully vested after three years of employment. Changes to amount of contribution are allowed at any time and maximum limit is according to the IRS allowed.

Once an employee has satisfied the eligibility requirements, he/she can participate in the Savings and Retirement Plan. An enrollment period is available twice a year for a contribution start date of January 1st or July 1st. A plan summary is available from the Human Resource Department.

## Domestic Partner Medical Coverage (1/1/16)

Life-styles and family situations can differ greatly among employees. As our ongoing commitment to diversity, specifically creating an inclusive workplace and valuing every individual, Ultimate Software offers medical coverage for same-sex domestic partners.

All regular full-time employees, new hires and re-hires working a minimum of forty (40) hours per week are eligible to enroll their same-sex domestic partner and/or domestic partner's children in the group medical plan during their initial enrollment when hired, the attainment of a qualifying event, or during the annual open enrollment period.

In order to enroll, you must complete an Affidavit of Domestic Partnership form as well as an enrollment/change form for appropriate medical coverage.

If you enroll in same-sex domestic partner medical coverage, you will be subject to certain tax implications. The value of Ultimate Software's provided premium for your domestic partner's medical coverage must be reported as income and is subject to applicable tax withholding including FICA and FUTA.

### Eligibility Requirements of a Domestic Partner

To meet eligibility requirements for same-sex domestic partner under the medical program, your domestic partner must:

* share the same permanent residence and the common necessities of life;
* not be related by blood or a degree of closeness which would prohibit marriage in the law of state in which they reside;
* be at least 18 years of age;
* be mentally competent to consent to contract;
* not be legally married to another person under statutory or common law;
* be financially interdependent;
* have a serious and committed relationship with each other;
* have lived together for at least six months and remain a member of your household for the period of coverage

### Children of a Domestic Partner

The term "children" includes your biological children, stepchildren, legally adopted children, children for whom you have assumed a legal obligation for a total or partial support in anticipation of adoption of the child, children of your qualified domestic partner, or children specified in a court or divorce decree.

### Items Required to Satisfy Eligibility

Must furnish at least three of the following documents evidencing such financial interdependence:

   (i)   have a single dedicated relationship of at least 6 months duration;
   (ii)  joint ownership of a residence;
   (iii) at least two of the following:
        common ownership of an automobile;
        joint checking, bank or investment account;
        joint credit account;
   (iv) a will and/or life insurance policies which designates the other as primary beneficiary.

### Tax Implications

Ultimate Software pays 100% of premiums, however the Internal Revenue Service requires employers to report the value of any medical coverage for a *domestic partner* who doesn't satisfy the definition of a dependent under the Internal Revenue Code. As a result of this law, Ultimate Software must add to your compensation reported to the Internal Revenue Service any amount representing the fair market value of providing the medical coverage for your domestic partner and/or their dependent children. The amount is subject to applicable income tax withholding taxes as well as FICA/FUTA.

Generally, the fair market value equals the COBRA rate for Employee Only or Family coverage.

Fair market value will be added to the "wages" section of your annual statement of taxable income (your form W-2). Additional federal taxes, Social Security tax, and Medicare taxes will be assessed and charged monthly to your pay on the second payroll of each month.

Monthly rate added to your "wages" on a monthly basis will depend on your domestic partner's medical election as follows:

|  | Partner Only | Partner + Children |
|---|---|---|
| Monthly medical premium*: | $ 367.46** | $ 1,065.64** |

*These rules are subject to change every year during plan renewal.
**Effective through May 31, 2009

### Same-Sex Medical Coverage Termination

The Affidavit of Domestic Partnership form includes an agreement that the employee or domestic partner will notify the Benefits Administrator if the domestic partnership no longer meets all of the qualifying criteria by completing an Affidavit of Termination of Domestic Partnership. An affidavit of termination must be completed when one of the following qualifying events occur.

- a domestic partner relationship ends;
- an extended family member no longer meets the eligibility requirements;
- the employee terminates employment; or
- the employee dies

After coverage ends, continued coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) applies only to the legal spouse and dependent children of an employee.

### Confidentiality

The Affidavit of Domestic Partnership is confidential within limits. As with all benefits records, the Affidavit is secure, however records may be disclosed in response to a court order or subpoena.

## PAID TIME OFF BANK (Revised 6/03)

Paid time off (PTO) is available to eligible employees to provide opportunities for rest, relaxation, illness and personal pursuits. Regular full-time employees are eligible to earn and use paid time off as described in this policy.

The amount of paid time off regular full-time employees receive each year increases with the length of their employment as shown in the following schedule:

### PAID TIME OFF SCHEDULE - REGULAR FULL-TIME

| YEARS OF SERVICE | TOTAL DAYS AVAILABLE |
|---|---|
| 0 - 1 year | 10 days (accrue 3.0769 hrs. per payperiod) |
| 1 - 4 years | 15 days (accrue 4.615 hrs. per payperiod) |
| 5 - 9 years | 20 days (accrue 6.15380 hrs. per payperiod) |
| 10+ years | 25 days (accrue 7.70 hrs. per payperiod) |

Years of service for days available are calculated on a calendar year based on your <u>anniversary date</u>. You can look up your accrual by pay period via Ultipro Web.

Employees who are otherwise eligible for holiday pay for a holiday which falls during their paid time off will receive holiday pay for that day and will not be charged a PTO day. Time off will be the equivalent of regularly scheduled hours and will be counted as time worked for calculating overtime. Paid time off does not accrue while an employee is on an unpaid leave of absence.

Paid time off can be used in minimum increments of one whole day for exempt employees. To request any paid time off, employees should request advance approval from their managers. Requests will be reviewed based on a number of factors, including business needs and staffing requirements.

There are certain positions within Ultimate Software, which are not allowed to take any time off during certain work periods throughout the year. Every employee should check with their manager if their position mandates block periods from any personal time off. Some employees might not be allowed to take personal time off in one extended period of time.

### Management and Direct Sales Positions

Direct sales positions and certain management positions are excluded from the policy above. To determine PTO status, you should consult with your direct supervisor. You should use the above policy to determine what is considered reasonable time off depending on your tenure. Your time off should be scheduled during non-peak times in your department and make sure your work expectations have been fulfilled.

## PTO Carry Over/Termination (Revised 1/1/05)

If you end the year with a positive balance, you will be allowed to carryover 50% of your accrued balance as of 12/31 and anything over 4 hrs. was rounded up to the next whole day (8 hrs).

If you end with a negative balance of more than 4 hrs. it will be carried over and reduce your 'available'.

There is absolutely no cash payout of unused PTO time.

Upon termination of employment, employees will be paid for unused paid time off that has been earned through the last day of work. Accrual for last payperiod will be earned if employed through last day in payperiod, no accrual will be earned for partial week worked. If at time of termination, more days have been taken then accrued for the current year, the used and unaccrued days will be deducted from last paycheck. Employees discharged or dismissed for cause shall not be eligible for any unused paid time off.

If you are in a sales or first line management position, PTO is not monitored and there is no payout at time of termination.

Employees residing in the state of California by law cannot forfeit any accrued PTO time – therefore employees residing in California who are not classified in a sales or management position will have be able to accrue and maintain a balance of no more than 200 hours. No further PTO hours will accrue until the balance falls below the 200 hour cap.

## HOLIDAYS

Ultimate Software will grant holiday time off to employees on the holidays listed below:

New Year's Day              (January 1)
Memorial Day                (last Monday in May)
Independence Day            (July 4)
Labor Day                   (first Monday in September)
Thanksgiving                (fourth Thursday in November)
Day after Thanksgiving      (fourth Friday in November)
Christmas                   (December 25)

Ultimate Software will grant holiday time off to all regular full-time employees. Regular part-time employees will be eligible for holiday pay after his/her second anniversary date. Holiday pay will be calculated based on the employee's straight-time pay rate (as of the date of the holiday) times the number of hours the employee would otherwise have worked on that day.

If a recognized holiday falls during an eligible employee's paid absence (such as paid time off), holiday pay will be provided instead of the paid time off benefit that would otherwise have been applied.

If eligible non-exempt employees works on a recognized holiday, they will receive wages at one and one-half times their straight-time rate for the hours worked on the holiday.

Paid time off for holidays will be counted as hours worked for the purposes of determining overtime.

# EMPLOYEE REFERRAL PROGRAM

Ultimate Software is proud of the quality and dedication our employees bring to Ultimate Software and we feel that our employees can attract other personnel just as dedicated and qualified as themselves. We would like to encourage our employees to refer candidates for future employment with Ultimate Software.

Any employee who is directly responsible for the referral of a new hire in our company will receive a referral fee as follows:

| | | |
|---|---|---|
| Administrative position | - | $  500 |
| Any other position | - | $2,000 |

The qualifications for the fee is as follows:

- The referring employee and new hire must remain an employee for 6 months and both be employed at time of referral payment. The fee will be paid at the end of the sixth month period.
- The referring employee must be a regular full-time employee.
- The referring employee must notify the hiring manager directly in regards to the potential employee and forward a resume.
- Upon acceptance of new employee, the referring employee must complete an Employee Referral Form with appropriate signatures and forward to Human Resources Dept.

Vacant positions can be found on our web-site at www.ultimatesoftware.com. Managers need to make sure the web site is kept up to date with vacancies and filled positions.

Corporate officers, managers/team leads with one or more employees reporting to them, anyone in a Sales position (BDM, SAM) do not qualify for referral bonuses. Recruiting new employees is part of the corporate officer's/manager's role.

# PROFESSIONAL DEVELOPMENT

Ultimate Software is committed to develop and maintain a highly skilled staff to best serve our customers. For this reason, employees will be required or encouraged to participate in Ultimate Software -sponsored training programs or courses offered in-house or through outside sources.

In addition, individuals are supported in their personal professional development via professional associations, certification programs or degree programs.

## Certification Programs

Ultimate Software will pay certification programs and examination fees for regular full-time employees, as long as it pertains to the employee's current position, the employee is active in the organization, and the certification program is of value to Ultimate Software. Approval must be obtained from the employee's manager and V.P. Human Resources. A copy of passing certification and receipts are to be attached to the "Certification Program Reimbursement Form" and submitted to Human Resources.

## Tuition Assistance (Revised 1/07)

Ultimate Software provides tuition assistance to regular, full-time employees who are in good standing. Courses of study must directly relate to the employee's present position or must enhance the employee's changes for advancement to another career-path position within Ultimate Software. Ultimate Software will reimburse up to $5,250 a year of tuition, books and fees in accordance with the following guidelines:

1. Employee must have registered for course after date of full-time regular employment. Classes registered prior to date of employment and completed after original date of employment are not eligible for reimbursement.
2. The employee must obtain approval by their manager and Sr. VP People prior to registering for course or as soon as possible using the "Tuition Reimbursement Form".
3. Courses must be taken from an accredited school or university and must be, in Ultimate Software's opinion, business related (eg. A degree in music or science would not qualify).
4. The employee must successfully complete the course with a passing grade of C or better, while continuing to be a full-time employee. In courses where a letter grade is not given (i.e., credit/no credit, pass/fail) the employee must achieve a passing result.
5. Course work must be scheduled so as not to interfere with the employee's work schedule or ability to perform his/her normal job.
6. Upon successful completion of the course, grade record and receipts are to be submitted with a copy of the original "Tuition Reimbursement Form" to Human Resources.
7. The reimbursement will apply to graduate and undergraduate courses, as well as on-line classes.

Based on current IRS regulations, the allowable $5,250 will be excluded from wages for federal income tax withholding, FICA, and FUTA tax purposes.

# BUSINESS TRAVEL POLICY (Updated 5/06)

ULTIMATE SOFTWARE will reimburse employees for reasonable business travel expenses incurred while on assignments away from the normal work location. All business travel must be approved in advance by their manager.

Employees whose travel plans have been approved should make all travel arrangements through ULTIMATE SOFTWARE's web based travel system AXIOM (see below).

When approved, the actual costs of travel, meals, lodging, and other expenses directly related to accomplishing business travel objectives will be reimbursed by ULTIMATE SOFTWARE. Employees are expected to limit expenses to reasonable amounts.

Employees who are involved in an accident while traveling on business must promptly report the incident to their manager and the HR dept.

When travel is completed, employees must process their expenses via the Concur expense reporting system as soon as possible (see section on Concur Expense Reporting). Receipts for all individual expenses should accompany reports and faxed to Concur.

Following is ULTIMATE SOFTWARE's Expense Policy & Procedures related to travel arrangements, travel advances, expense reports, reimbursement for specific expenses, or any other business travel issues.

Abuse of this business travel expense policy, including falsifying expense reports to reflect costs not incurred by the employee, can be grounds for disciplinary action, up to and including termination of employment.

## ULTIMATE SOFTWARE'S on-line travel system AXIOM:

All travel arrangements must be booked through AXIOM, an American Express Travel online system. Once you are hired in the payroll system, you will receive an automated email from Rearden Commerce to activate your registration to the AXIOM system. Follow instructions on email, register into system and you are set to go. You can view the online training session posted in the main page of AXIOM or access it via Ultipro Web under Benifit Link tax under 'Myself'.

If you need immediate assistance with site navigation, online bookings, or reservation questions, please call American Express Business Travel at: 888-247-6733. Available 24 hours a day, 7 days a week.

## CONCUR EXPENSE REPORTING

---

Business related expenses are to be submitted via the Concur *Expense Reporting System*. Procedures outlined herein will include instructions on preparing the expense report.

The following procedures apply to the preparation of the Expense Reimbursement Report:

1) Each employee must complete and submit his/her own Concur Expense Reimbursement Report (unless this responsibility has been delegated to an authorized employee). Separate reports should be created for Cash reimbursement expenses and Corporate AMEX card expenses.

Please be sure to use the following naming conventions for your Concur Report Names:

AMEX reports - paper statement date & AMEX (i.e. 4-26-06 AMEX),
Cash reports - report date & CASH (i.e. 4-15-06 CASH)

2) Requests for reimbursement of expenses must be made no later than 90 days after expenses were incurred. Expenses over 90 days old will be paid at Ultimate Software's discretion.

3) The following items need to be faxed to Concur before the system will allow you to submit your report:

a. Expense receipts and
b. AMEX statement (if applicable).

After you submit your report in Concur, send the following items to Accounting at HQ:

a. Your detailed report (Expense List - Print Report - Go To Report Format Page - Detailed Report),
b. original receipts, and
c. AMEX statement (if applicable).

4) All hotel-lodging bills must have a receipt regardless of the amount. Hotel and car receipts must show a zero balance after being paid by the employee. This indicates that the employee has paid the bill and is entitled to be directly reimbursed. Note: receipts marked "customer copy" (such as a credit card receipt for a meal) are acceptable.

All Receipts
- Receipts should be taped to a blank sheet of paper (Do not use staples).
- Receipts should be clearly visible.
- Tape should not cover receipt amounts.
- Do not overlap the receipts.

Receipts for Client Billable and Client Nonbillable
- The client name should be listed at the top of each sheet.
- Do not include receipts for different clients on the same sheet of paper.
- If a receipt is to be split between two or more clients, make a copy of the original receipt and tape the copies to each client's sheet that it relates to.

Reports that do not comply with the above instructions will be returned for revision.

Continue to send your original receipts to Accounting at headquarters with a printout of your detailed report (include your AMEX statement if applicable).

5) Meals to be reimbursed must have total itemized by amount, tax and tip on the receipt. All meals to be reimbursed are to be explained on the expense report, including business purpose, company name and names of persons in attendance. Guidelines for individual meals totals are as follows: Breakfast - $10, Lunch - $15 and Dinner - $25.

6) All Cash reimbursement expenses will be reimbursed through the payroll system. Concur Cash reports approved by the employee's manager which are received by Accounting by 2:00 EST on the previous Friday before payroll will be processed with that current payroll.

7) All Corporate AMEX payments are paid directly to American Express by Ultimate Software. Concur AMEX reports approved by the employee's manager, must be submitted to Accounting by the end of the day on the 15th of each month. Charges for personal items are not permitted and could result in cancellation of the Corporate AMEX card. If cancelled, these cards will not be reinstated and employees will be responsible for paying their own business expenses and submitting a Cash reimbursement report.

Personal Expense Exceptions:
Personal expenses are accepted if incurred when staying at a hotel and the entire bill is charged to the Corporate AMEX card or and employee is charged for the annual membership rewards program. Personal charges should be coded as Personal Expense (AMEX Only) and No (sending check) or Yes should be selected next to "I authorize the payroll deduction of personal charges." Personal checks should be made payable to Ultimate Software and submitted along with the report (a copy of the check is required to be faxed to Concur). A returned check will result in automatic payroll deduction along with a $25 Check Return Fee (to cover bank expenses).

The Internal Revenue Service has rules and regulations governing the substantiation of travel, entertainment and other business expenses, which are followed by Ultimate Software. The employee is responsible for providing all required information.

## How Do I Access the System?

Click the following link to activate your Concur Expense account:
https://director.concursolutions.com/?entity=p00N19?1e3a

Please note that the site immediately redirects you to a different URL. Do not bookmark the redirected URL. It is not the site you will access to do your expense reporting. To bookmark the correct URL using Internet Explorer:
1. Click Favorites, Add to Favorites from the top menu bar.
2. Select the spot to add the Concur site and click OK.
3. Click Favorites again as if you are choosing your newly bookmarked site. Right click on the Concur site and click on Properties.
4. Copy the URL listed above into the URL field in Properties.
5. Click OK.

Login. Your login is the same login you use for "my.ultimatesoftware.com" (first name and last four digits of your Social Security number).

Password. Your initial password is welcome (password is case sensitive). When you log in, you will be prompted to change your password (must be 8 characters and contain at least one letter and one number). If you forget your password or get locked-out of the system, select "Forgot your password?" on the login screen and then "Submit" on the Password Request screen. Concur will email you a temporary password.

You can view information on the system in Concur Central (first page you are directed to after logon) - Company Links - Concur Expense Service Training Site. There you will find report creation simulations, Quickstart Guide and FAQ lists.

## Business Related Expenses

### Out of Town

Ultimate Software pays *reasonable* expenses and satisfactory lodging to employees who are assigned to work away from their regular location and are required to be away overnight. Examples of appropriate reimbursable expenses are:

| | |
|---|---|
| Lodging | Rental Car / Parking / Tolls |
| Air Travel | Business Telephone Calls |
| Meals | Business Related Expenses |

### Lodging

Hotel and motel lodging should be moderately priced and consistent with the nature of the business being conducted. Hotel and motel lodging expenses shall be billed to and paid by the employee for submission of reimbursement. Such expenses shall not be billed directly to Ultimate Software.

Room charges and applicable tax shall be listed on each expense report. Other expenditures included in the billing should be recorded in the applicable category on the expense report. Such documentation shall be the hotel receipt (credit card receipts are not sufficient). Ultimate Software will not reimburse employees for incidental expenses related to entertainment during business trips.

### Meals

Reimbursement requests for meals must be fully documented (list of attendees, business purpose) and be substantiated with the original receipt. Reimbursements will be authorized only for specific, pre-approved business related meetings (examples: prospective employee or a celebration of a departmental milestone) or normal individual meal expenses incurred during out-of-town business, appropriate to the nature of the business trip.

When more than one Ultimate Software employee is present at a meeting that qualifies for reimbursement, the most senior employee (in terms of position) will be responsible for paying the check and submitting it on his / her expense report.

## Rental Car

All car rentals should be processed through AXIOM. Our preferred rental agency is Budget. When more than one employee are traveling to the same location it should be arranged for the senior employee to rent the car for no more than four employees to share. Compact or intermediate cars shall be used, in situations where renting a car is appropriate. Rental insurance should not be accepted. Auto rental insurance is covered in this handbook under section 3-22 "Business Auto Insurance Coverage".

### Telephone/Fax/Internet

Business related telephone, faxing & internet expenses incurred for business purposes are reimbursable and are to be submitted on the CONCUR system (see page 3-14 "Concur Expense Reporting"). Reimbursements for occasional calls to home during an extended trip are also permitted; however such calls shall be of reasonable duration. To receive reimbursement for such charges, submit the original telephone and/or internet bill, indicating on the bill the business related amount to be reimbursed.

### Parking / Miscellaneous Expenses

Expenses for postage and courier services must be submitted with receipt, name of recipient and explanation for shipping.

Parking fees and tolls are reimbursable if incurred while on Company business. The original receipt must be submitted.

Tips for meals, taxi drivers, porters, etc. shall be limited to no more than 15% in any circumstance.

## Travel Advances

Travel advances shall be issued to employees only in conjunction with Ultimate Software travel as defined in the above policies.

The amount of advance requested shall not exceed the estimated expense to be incurred by the employee during the trip.

A trip shall be considered concluded once the employee returns to his / her residence or the Ultimate Software location to which they are assigned.

Travel advances shall be issued only on a trip-by-trip basis: the expense report from one trip shall be submitted to Accounting prior to the request of another advance.

Travel advances are temporary advances and shall be accounted for by submitting an approved expense report to Accounting within one week of the conclusion of each trip. All original receipts showing use of funds must be attached to the report.

Unused travel advance funds shall be returned to Ultimate Software by personal check or cash when the related expense is submitted to Accounting.

Travel advance requests need to be approved by the manager. Requests for travel advances shall be submitted no later than two (2) days prior to travel date to ensure timely processing and payment.

## Corporate American Express Cards

Corporate American Express cards may be granted for employees with extensive travel. This card is strictly for the purpose of business related expenses.

Expenses should be submitted for payment by the 15th of each month and no later than one month after the incurred expense using the appropriate form. The *Corporate Amex Report* Form is located in both the Document Library under 'Administration' / 'Forms' / 'Corporate Amex Report' and UltiPro Web under 'My Company' / 'Electronic Forms' / 'Corporate Amex Report'.

The correct procedure for completing this report is as follows:
1) Complete report within one week American Express Statement is received.
2) Attach complete statement to the back of the report.
3) All receipts are to be taped on a blank sheet of paper and attached to the back of Amex statement. When applicable, receipts should be grouped by client name and taped on separate sheet. The client name should be labeled for each group of receipts.
4) Hotel, rental car and airfare detail receipts are required at all times.
5) Submit for Manager's signature and forward to Headquarters – Accounting Dept.

Ultimate Software makes all payments directly to American Express.

Charges for personal items are not permitted and will result in cancellation of the Corporate American Express card. These cards will not be reinstated, thus employee will be responsible for paying their own business expenses and submitting expense reports for reimbursements.

### Exceptions:

Personal expenses are accepted when an employee incurs directly from a hotel and is consequently charged to the Corporate American Express. Payment for these expenses may be submitted by personal check or payroll deduction. Personal checks are payable to Ultimate Software and are to be submitted along with the report. A returned check will result in automatic payroll deduction along with a $25 *Check Return Fee* (to cover bank expenses). Payroll deduction may be selected by signing as designated on the report.

# Car Pool Program (11/05)

Ultimate Software supports environmentally and economical forms of transportation. We have developed this policy to regulate and recognize carpooling by our employees. In recognition of the important contribution this makes to our Company and community we have made efforts to support and reward those who register carpools.

A car pool is defined as 2 or more persons who commute to work together on a regular basis. Any employee who possesses or is issued a parking permit and commutes to work with another individual on a REGULAR BASIS may form a car pool. Car pools are not to be used as a basis for subleasing parking permits.

Employees who carpool to work are eligible to receive a transportation allowance in the form of a monthly payroll reimbursement. Ultimate will provide a payroll reimbursement each month for one (1) full tank of gas to the main driver of the month. NOTE: Registered Carpools must provide receipt as reimbursements will NOT be taxed.

Only employees who carpool to work with other Ultimate employees on an average of three (3) days per week are eligible to receive this payroll gas receipt reimbursement allowance. In addition to receiving this allowance, we will be providing a limited amount of preferential parking spots reserved for carpools only (first registered first served basis).

Reimbursements will be issued on the first pay period of the following month that you carpooled.

## Program Guidelines

Step 1: Complete the carpool registration form (found in Ultipro Web under 'Electronic Forms') and fax to South Florida Commuter Services (SFCS): Fax: 954-731-7319, Attn: Customer Service Department.

Step 2: After receiving authorization from Ultimate Software H.R. Department, SFCS will register your carpool and provide you with a carpool permit. Each registered carpool will be issued one carpool permit. This permit must be displayed in the dash of the car being used for carpooling in order to use the carpool parking spaces – no exceptions.

Step 3: Each month, SFCS will provide employees with a renewal form and calendar to renew your carpool. Employees are required to indicate on the carpool calendar the days they carpooled and any changes to the carpool, affix a copy of the gas receipt, sign and fax both the calendar and the renewal form along with receipt to SFCS.

Step 4: SFCS will provide Ultimate with a list of the employees who carpooled and the reimbursement amount to be received.

Questions about this program may be directed to South Florida Commuter Services 1-800-234-ride (7433) or email bermettoro@sfsworld.com

# BUSINESS AUTO INSURANCE COVERAGE

Auto insurance is granted for those traveling for company purposes when renting a car. The insurance is provided by *CHUBB*. Additional insurance that is offered by car rental agencies is to be denied, as it is not necessary. All damages incurred will be covered by Ultimate Software's auto insurance.

If you are involved in an accident/incident while driving your own personal auto for business purposes, your own personal insurance will be primary for damages.

A police report is required under all instances. License plate and insurance information for the other driver should be collected for claim processing. All auto accidents involving an employee conducting business for Ultimate Software should be reported immediately to their manager and Human Resources Dept.

Any employee who receives auto allowance through Ultimate Software must provide Human Resources Dept. with a copy of their auto insurance certificate listing Ultimate Software as an additional insured and show proof of automobile liability limits of no less than 100/300/50. Failure to provide a current copy with these specifications may result in discontinuation of auto allowance.

The following information should be given when involved in an accident with a company paid auto rental:

        CHUBB policy # 73542237
        Claim phone # 800-252-4670

# LEAVE OF ABSENCES

## Family And Medical Leave Act (FMLA)

Ultimate Software will grant up to 12 weeks of family and medical leave during any 12-month period to eligible employees, in accordance with the Family and Medical Leave Act of 1993 (FMLA). The start of the 12-month period will commence on the first day when the leave is effective. This leave will constitute of paid time off initially followed by unpaid leave. To be eligible you must be employed by Ultimate Software for 12 months and have at least 1,250 hours of service during the 12-month period immediately preceding commencement of the leave.

FMLA will be granted for any of the following reasons:

- The adoption of a child
- The birth and care of a newborn child
- Employee needs to care of his/her own serious health condition
- Employee needs to care of serious health condition of certain family members (excluding domestic partner)
- Qualifying exigencies arising out of active duty for call to active duty for spouse, child, or parent as a member of the National Guard or Reserves in support of a contingency operation (see details on pg 3-27)

While on leave, Ultimate Software will continue health benefits and any supplemental benefits the employee may have. Ultimate Software will recover the costs incurred for any supplemental benefits while paying the employee's share of premiums upon return to work. If the employee does not return to work they will be responsible for reimbursement to Ultimate Software. Upon return from FMLA, the employee will return to the same position or a position with equivalent status, pay, benefits and other employment terms. The position will be the same or one that is virtually identical in terms of pay, benefits, and working conditions. Ultimate Software may choose to exempt certain highly compensated employees from this requirement and not return them to the same or similar position. Employee FMLA Rights and Responsibilities are posted in UltiPro Web under "My Company".

## Notice To Ultimate Software

Employees must provide 30 days advance notice when the leave is "foreseeable." Ultimate Software may require medical certification to support a request for leave because of a serious health condition, and may require second or third opinions (at Ultimate Software expense) and a fitness for duty report to return to work. Certification forms provided by the Dept. of Labor may be required and are posted in UltiPro Web.

## Requirements During Or Prior To Leave

1) Keep good communications by phone or email with Benefits Manager (and/or supervisor) in regards to specific days and length of time away
2) In the event that leave is taken for personal health reasons, employee is to present a certification from medical doctor with specifies us to the amount of time off and/or any restrictions that are recommended.

## Requirements When Returning to Work

A 'release for return to work' from your medical doctor prior to or on date of return must be received if you were on leave due to personal health reasons.

## Conditions Relating to Termination During Leave of Absence

An employee will be considered terminated if: (1) during a leave the employee engages in gainful employment, including self-employment, without Ultimate Software's prior written approval or (2)the employee fails to return to work, following a leave of absence, on the agreed upon date without prior approval from Ultimate Software.
Revised 8/00

## Maternity Leave

Ultimate Software provides paid maternity leave to all full-time female employees for the birth of a child. This leave constitutes as a Family Medical Leave and is applied towards the twelve weeks eligible under the FMLA (see details on p.3-23). Employees should notify their manager as soon as they are aware of the pregnancy in order to coordinate the leave of absence with others in the department.

Paid maternity leave will be granted as follows:
Regular delivery          -          Six weeks from date of birth of child
C-section delivery      -          Eight weeks from date of birth of child

As designated by the FMLA, employees may choose to extend their leave up to twelve weeks. Any available accrued paid time off will be applied following the maternity leave. Employees may choose to apply any remaining PTO to be accrued in the year. The remaining leave thereafter will be unpaid.

Paid time off and holiday benefits will continue to accrue during a maternity leave of absence but not during the unpaid portion of the FMLA. Ultimate Software will continue to provide health insurance benefits for the full period of the approved maternity leave.

Every reasonable effort will be made to return eligible employees to their previous position or a comparable one. They will be treated as though they were continuously employed for purposes of determining benefits based on length of service, such as the rate of paid time off accrual and job seniority rights.

## Adoption Leave

Ultimate Software will provide adoption leave for regular full-time employees who adopt a newborn child through the age of 1 year old. You will receive six weeks paid from start of your leave. Leave has to be taken in consecutive days, for a maximum of six weeks, commencing within one week from legal adoption date. A copy of adoption papers must be given to Human Resources Department prior to leave.

The leave constitutes as a Family Medical Leave and is applied towards the twelve weeks eligible under the FMLA (see details on p.3-23). Employees should notify their manager as soon as they are aware of the adoption process in order to coordinate the leave of absence with others in the department.

As designated by the FMLA, employees may choose to extend their leave up to twelve weeks. Any available accrued paid time off will be applied following the adoption leave. Employees may choose to apply any remaining PTO to be accrued in the year. The remaining leave thereafter will be unpaid.

Paid time off and holiday benefits will continue to accrue during an adoption leave of absence but not during the unpaid portion of the FMLA. Ultimate Software will continue to provide health insurance benefits for the full period of the approved adoption leave.

Every reasonable effort will be made to return eligible employees to their previous position or a comparable one. They will be treated as though they were continuously employed for purposes of determining benefits based on length of service, such as the rate of paid time off accrual and job seniority rights.

Revised 1/07

## Military Leave and Military Family Leave Entitlements

A military leave of absence will be granted to employees called to active duty with the U.S. armed services in accordance with the National Defense Authorization Act for FY 2008 (NDAA), Public Law 110-181. In addition, all covered employees under the FMLA are eligible for the two military family leave entitlements.

- Qualifying Exigency Leave - to take up to 12 weeks of unpaid job-protected leave in the applicable 12-month period for any "qualifying exigency" arising out of the active duty or call to active duty status of a spouse, son, daughter or parent in the National Guard or Reserves. It does not extend to family members of military members in the Regular Armed Forces.

- Military Caregiver Leave - to take up to 26 weeks of job-protected leave in a "single 12-month period" to care for a covered service member (spouse, son, daughter, parent, or next of kin) with a serious injury or illness.

Covered employees for military leave are those that have been employed at Ultimate Software for at least 12 months and worked over 1,250 hours in the previous 12 months. Proper notice and documentation is required for the military leave. There are special rules regarding the 12 months for returning reservists under the ESERRA (Uniformed Services Employment and Reemployment Rights Act.

Employees called to military duty extending beyond two (2) weeks per year may be granted an unpaid leave of absence, not to exceed 90 days. Copies of military orders must be submitted to the manager as soon as practicable. Health care premiums will cease to be paid by Ultimate Software beyond three (3) months of military leave. After three (3) months, employees may elect to continue health care coverage under COBRA at their own expense.

Ultimate Software will pay the difference between an employee's military pay and his or her weekly earnings for a period not to exceed two (2) weeks per year for those employees serving on active duty in reserve units of the armed forces of the United States. Managers should be given the dates of the temporary leave as far in advance as possible. Employees will be requested to furnish proof of military earnings prior to being paid the difference between their military pay and their regular earnings.

Every reasonable effort will be made to return eligible employees to their previous position or a comparable one. They will be treated as though they were continuously employed for purposes of determining benefits based on length of service, such as the rate of paid time off accrual and job seniority rights.

A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness. A serious injury or illness is one that was incurred by a service member in the line of duty on active duty that may render the service member medically unfit to perform the duties of his or her office, grade, rank, or rating. The "single 12-month period" for leave to care for a covered service member with a serious injury or illness begins on the first day the employee takes leave for this reason and ends 12 months later, regardless of the 12 month period established for other types of

FMLA leave. An eligible employee is limited to a combined total of 26 workweeks of leave for any FMLA-qualifying reason during the "single 12-month period." (Only 12 of the 26 weeks total may be for a FMLA-qualifying reason other than to care for a covered service member.)

Spouses (both employed by Ultimate Software) are limited to a combined total of 26 workweeks in a "single 12-month period" in the event of a Military Caregiver Leave. Leaves may be taken intermittently whenever medically necessary to care for a covered service member with a serious injury or illness. Qualifying exigencies include:

- Issues arising from a covered military member's short notice deployment (i.e., deployment on 7 or less days of notice) for a period of seven days from the date of notification;
- Military events and related activities, such as official ceremonies, programs, or events sponsored by the military or family support or assistance programs and informational briefings sponsored or promoted by the military, military service organizations, or the American Red Cross that are related to the active duty or call to active duty status of a covered military member
- Certain childcare and related activities arising from the active duty or call to active duty status of a covered military member, such as arranging for alternative childcare, providing childcare on a non-routine, urgent, immediate need basis, enrolling or transferring a child in a new school or day care facility, and attending certain meetings at a school or a day care facility if they are necessary due to circumstances arising from the active duty or call to active duty of the covered military member;
- Making or updating financial and legal arrangements to address a covered military member's absence;
- Attending counseling provided by someone other than a health care provider for oneself, the covered military member, or the child of the covered military member, the duty or call to active duty status of the covered military member;
- Taking up to five days of leave to spend time with a covered military member who is on short-term temporary rest and recuperation leave during deployment;
- Attending to certain post-deployment activities, including attending arrival ceremonies, reintegration briefings and events, and other official ceremonies or programs sponsored by the military for a period of 90 days following the termination of the covered military member's active duty status, and addressing issues arising from the death of a covered military member;

## EMPLOYEE NOTICE REQUIREMENTS:

A copy of the military member's orders and certification providing the appropriate facts for a qualifying exigency leave or a certification completed by an authorized health care provider should be provided to Human Resources as soon as possible. Employees seeking to use military caregiver leave must provide 30 days advance notice of the need to take FMLA leave for planned medical treatment for a serious injury or illness of a covered service member. If leave is foreseeable but 30 days advance notice is not practicable, the employee must provide notice as soon as practicable – generally, either the same or next business day. An employee must provide notice of the need for foreseeable leave due to a qualifying exigency as soon as practicable. When the need for military family leave is not foreseeable, the employee must provide notice as soon as practicable under the facts and circumstances of the particular case.

The employee must provide "sufficient information" to make Human Resources aware of the need for FMLA leave and the anticipated timing and duration of the leave. The employee must be specific in referencing either the qualifying reason for leave or need for leave if previously covered under a similar leave. FMLA Rights and Responsibilities are always posted in UltiPro Web, under 'My Company' as well as inclusion in the Employee Handbook (also posted).

Updated 1/2009

## Bereavement Leave (modified 1/07)

Employees who wish to take time off due to the death of an immediate family member should notify their manager immediately.

When a death occurs in an employee's family, Ultimate Software will compensate the employee for the time actually lost from their regular scheduled work on the day of the death and the days following it but not to exceed five (5) working days in the event of the death of a spouse, child, parent, legal guardian or sibling. Employees will receive up to three (3) days in the event of the death of grandparents, father-in-law, mother-in-law, son-in-law, daughter-in-law or someone who was considered to have a significant emotional and intimate relationship with employee.

Employees may be granted one (1) day of regular pay for the death of a relative not a member of the immediate family as defined above. This includes cousins, aunts, uncles, nieces, nephews and in-laws. Time paid for bereavement leave will not be counted as hours worked for the purpose of computing overtime during a one-week period.

Bereavement pay must be used no later than (5) regular days after date of death.

Bereavement pay is calculated based on the base pay rate at the time of absence and will not include any special forms of compensation, such as incentives, commissions or bonuses.

Approval of bereavement leave will occur in the absence of unusual operating requirements. Employees may, with their manager's approval, use any available paid leave for additional time off as necessary.

## Other Leaves

Any leave that does not qualify as FMLA, Military or Bereavement is subject to manager approval. Any available accrued PTO will be applied initially and remaining time will be unpaid. There is no guarantee of the same or equivalent position upon return of this ineligible leave. Ultimate Software will continue health benefits and any supplemental benefits. The costs incurred for these supplemental benefits while paying the employee's share of premiums will be recovered upon return to work. If the employee does not return to work they will be responsible for reimbursement to Ultimate Software.

## Jury Duty

Ultimate Software encourages employees to fulfill their civic responsibilities by serving jury duty when required.

Jury duty pay will be calculated on the employee's base pay rate times the number of hours the employee would otherwise have worked on the day of absence. Ultimate Software will compensate employees for time spent on jury duty up to a maximum of 10 days per year. If you are called as a juror during a particularly busy time at Ultimate Software, we may ask you to request the court to postpone your jury duty to a more convenient time.

Employees must show the jury duty summons to their manager as soon as possible so that the manager may make arrangements to accommodate their absence. Employees are expected to report for work whenever the court schedule permits.

## Time Off To Vote

Ultimate Software encourages employees to fulfill their civic responsibilities by participating in elections. Generally, employees are able to find time to vote either before or after their regular work schedule. If employees are unable to vote in an election during their non-working hours, Ultimate Software will grant up to one hour of paid time off to vote.

Employees should request time off to vote from their manager at least two working days prior to the Election Day. Advance notice is required so that the necessary time off can be scheduled at the beginning or end of the workday, whichever provides the least disruption to the normal work schedule.

## WORKERS' COMPENSATION

Ultimate Software provides a comprehensive Workers' Compensation insurance program to all employees. The program covers any injury or illness sustained in the course of employment that requires medical, surgical or hospital treatment. In the event that an employee is injured on the job, the following steps are to be taken:

- Employee reports promptly any work-related injury or illness to their manager or the Human Resources dept.

- Depending the incident, a report is made to our carrier, CHUBB through www.chubb.com under "Report A Loss" or calling 1-800-699-9946.

- An area network provider and case manager will be assigned to attend to all medical treatment.

- All medical treatment is handled only through the case manager.

- Employee is to follow the case manager's instructions for any additional specialist treatment.

- All questions regarding the level of care are to be directed to the case manager, who is the focal point for all medical treatment.

- If the injury is life threatening, care should be accessed from the nearest medical facility whether it is in the network or not. Please make sure to report your injury within 24 hours to the Benefits Manager or your manager.

If you experience any dissatisfaction with medical treatment provided by your case manager or a referred specialist, you can file a grievance report. Contact your Benefits Manager for more details.

The first forty (40) hours off will be applied towards PTO in hour increments. Workers Compensation will then be applied and no mandatory PTO will be applied towards time off unless requested by employee.

## RELOCATION SERVICES

ULTIMATE SOFTWARE has a corporate relationship with Allied Van Lines. Allied Van Lines has offices nationwide and is ready to provide services to any of our employees moving anywhere in the country. Contact Don Mock at 800-327-8996 extension 106 for assistance.

It is highly recommended to obtain a second quote from another local vendor due to promotional discounts during certain periods that may result in lower pricing.

Revised: March 2004