## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ADP, Inc. v. Porter

Case Number: 1:08-cv-07258

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wayne Porter, Defendant

| | |
|---|---|
| NAME (Type or print) Leon I. Edelson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ lie/ | |
| FIRM Edelson IP Law Group, Ltd. | |
| STREET ADDRESS 2275 Half Day Road, Suite 122 | |
| CITY/STATE/ZIP Bannockburn, IL 60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6198669 | TELEPHONE NUMBER 847-374-9797 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |