**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADP, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08CV7258 |
| | ) | |
| Wayne Porter | ) | Judge Charles R. Norgle, Sr. |
| | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| Defendant. | ) | |

**DEFENDANT WAYNE PORTER'S MOTION FOR CLARIFICATION OF THE
COURT'S MAY 22, 2009 ORDER SETTING A TRIAL DATE**

Defendant, Wayne Porter ("Porter"), through his attorney, moves for clarification of the Court's May 22, 2009 Order setting a trial date of December 8, 2009. (DI 70). The parties did appear before the Court on May 22, 2009 for presentment of ADP's motion for enforcement of the preliminary injunction and contempt citation. (DI 61). On May 22, 2009, the Court set a briefing schedule for the motion and ordered an evidentiary hearing on the motion for June 26, 2009. (DI 71). While, the Court did set trial dates for two other matters up for status on May 22, 2009, at no time during the presentment of ADP's motion did the Court set a trial date for this litigation. Five days later on May 27, 2009, the Court entered an order requiring the completion of discovery, a pretrial order on December 1, 2009 including jury instructions, and setting a December 8, 2009 trial date. (DI 70).

This litigation is still at its early stages. The Complaint was answered just recently on May 29, 2009. (DI 73). There has not yet been a Rule 16 scheduling conference and the parties have not participated in a Rule 26(f) conference under the Federal Rules of Civil Procedure. The

discovery in this litigation has been limited to issues related to the preliminary injunction. (DI 22). Neither party has requested an expedited schedule or a trial date.

Wherefore, for the foregoing reasons, Defendant Porter requests the Court vacate the May 22, 2009 Order to complete discovery, submit a Final Pretrial Order with jury instructions by December 1, 2009 and setting a December 8, 2009 trial date and clarify that there is no scheduling order or discovery order entered in this litigation.


Dated: June 4, 2009                 /s/    Leon I. Edelson
                                            Leon Irwin Edelson
                                            Edelson IP Law Group, Ltd.
                                            2275 Half Day Road
                                            Suite 122
                                            Bannockburn , IL 60015

                                            *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I electronically filed the foregoing document with the Clerk of the Circuit Court for the Northern District of Illinois, Eastern Division using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Joseph L Kish<br>Shaina Anne Moss<br>Trisha M. Cole<br>Synergy Law Group LLC<br>730 W. Randolph<br>6th Floor<br>Chicago , IL 60661<br>312.454.0015<br>Fax: 312.454.0261<br>jkish@synergylawgroup.com<br>smoss@synergylawgroup.com<br>tcole@synergylawgroup.com<br><br>*Attorneys for Plaintiff* | Robert A. Lewis<br>Walter Maurizio Stella<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco , CA 94111<br>(415) 393-2000<br>robert.lewis@bingham.com<br>walter.stella@bingham.com<br><br>*Attorneys for Plaintiff* |
| Steven David Gustafson<br>Law Offices of Steven Gustafson<br>1910 Morgan Circle<br>Naperville , IL 60565<br>630-917-3701<br>Fax: 630-689-9456<br>sdgusto@gmail.com<br><br>*Attorney for Defendant* | James P. White<br>Steven E. Feldman<br>Sherry L. Rollo<br>HUSCH BLACKWELL SANDERS WELSH & KATZ.<br>120 South Riverside Plaza<br>Chicago, Illinois  60606<br><br>*Attorneys for Intervenor The Ultimate Software Group, Inc.* |

June 4, 2009                                         /s/ __Leon I. Edelson_____
                                                              Attorney for Defendant