

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 7258 | DATE | 6/4/2009 |
| CASE TITLE | ADP, Inc. vs. Wayne Porter | | |

**DOCKET ENTRY TEXT**

Motion by Intervenor The Ultimate Software Group, Inc. to clarify [78] is granted. The Court clarifies its May 29, 2009 Order to the extent ADP's motion for immediate access to the relevant electronic devices is granted, subject to the terms of the protective order entered in this case. The parties shall refer to the Court's minute order of June 4, 2009 regarding their proposed protective orders.

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|