ADP, Inc.
                Plaintiff,

v.                                      Case No.: 1:08–cv–07258
                                         Honorable Charles R. Norgle Sr.

Wayne Porter
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2009:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for protective order [96] is withdrawn. Motion hearing held on 7/17/2009. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.